In the U.S. District Court for the District of Oregon

Benjamin Barber,    Case No.    3:19-cv-01967-YY

Vs    Copy of State Trial Transcripts
       S066974 Barber v. Garrett

Pat Garrett

Date  1/22/2019                    /s/ Benjamin Barber