IN THE SUPREME COURT OF THE STATE OF OREGON

BENJAMIN JAY BARBER,
Plaintiff-Appellant,
Petitioner on Review,

and

JAY LEATHERWOOD and JAYCOB PATRICK HOLTEN,
Plaintiffs,

v.

PAT GARRETT, Washington County Sheriff,
Defendant-Respondent,
Respondent on Review.

Court of Appeals
A168163 (Control), A168465

S066974

**ORDER DENYING REVIEW**

Upon consideration by the court.

The court has considered the petition for review and orders that it be denied.

MARTHA L. WALTERS
CHIEF JUSTICE, SUPREME COURT
10/3/2019   11:04 AM

c:  Jason L Weber
    Elmer M Dickens, Jr.

ms