In the U.S. District Court for the District of Oregon

Benjamin Barber,                    Case No.        3:19-cv-01967-YY

Vs                                  Copy of State Trial Transcripts
                                    Dockets of PCR petitions
Pat Garrett

Date  1/22/2019                     /s/ Benjamin Barber