## Case Information

17CV44670 | Benjamin Barber vs Pat Garrett

Case Number
17CV44670

Court
Washington

File Date
10/12/2017

Case Type
Post Conviction Relief

Case Status
Reinstated

## Party

Petitioner
Barber, Benjamin

  Aliases
  *AKA* Barber, Benjamin Jay
DOB
XX/XX/1985

Active Attorneys ▼
Lead Attorney
GREFENSON, NOEL
Court Appointed

Inactive Attorneys ▼
  Pro Se

Defendant
Garrett, Pat

Active Attorneys ▼
Lead Attorney
MEISEL, RAYNEY
Retained

## Disposition Events

/

**10/24/2017** Judgment ▼

Judicial Officer
Erwin, Andrew R

Judgment Type
Judgment - Limited Creates Lien

Monetary Award
    Signed Date: 10/2...
    Expiration Date: 1...
    Total: $265
    Comments: deferr...

**03/19/2018** Judgment ▼

Judicial Officer
Butterfield, Eric E

Judgment Type
Judgment - General Dismissal

Comment

Comment (State's motion to dismiss granted)

**11/19/2018** Judgment ▼

Judicial Officer
Butterfield, Eric E

Judgment Type
Judgment - General Dismissal

Comment

Comment (***VACATED***State's motion to dismiss granted)

/

## Events and Hearings

10/12/2017 Petition

10/12/2017 Application - Fee Deferral Waiver

10/12/2017 Motion

**Comment**
for copy of trial records

10/12/2017 Certificate

**Comment**
of service to DA office

10/12/2017 Order - Appointing Counsel

| Judicial Officer | Comment |
|---|---|
| Erwin, Andrew R | Attorney:Oregon Post Conviction Consortium LLC. |

10/24/2017 Digitized Judgment Document

| Judicial Officer | Comment |
|---|---|
| Erwin, Andrew R | deferred fees owing |

10/24/2017 Notice - Judgment Entry

10/24/2017 Order

| Judicial Officer | Comment |
|---|---|
| Erwin, Andrew R | setting filing deadlines |

11/13/2017 Motion

**Comment**
to suspend local rule or appoint ptf as co-counsel

/

| 11/13/2017 Subpoena - Duces Tecum ▾ | |
|---|---|
| Comment | |
| to Marie Atwood | |

| 11/13/2017 Subpoena - Duces Tecum ▾ | |
|---|---|
| Comment | |
| to United States Copyright Office | |

| 11/13/2017 Subpoena - Duces Tecum ▾ | |
|---|---|
| Comment | |
| to Melanie Kebler | |

| 11/15/2017 Order - Denial ▾ | |
|---|---|
| Judicial Officer | Comment |
| Erwin, Andrew R | mot to suspend local rule (sent e-notice in error on 2-12-18) |

| 01/31/2018 Motion - Attorney Withdrawal |
|---|

| 02/08/2018 Motion - Time Extension |
|---|

| 02/13/2018 Motion - Dismissal |
|---|

| 02/13/2018 Memorandum - Support Motion ▾ |
|---|
| Comment |
| For jgmt of dismissal |

| 02/22/2018 Order ▾ | |
|---|---|
| Judicial Officer | Comment |
| Erwin, Andrew R | ext time to file formal petition thru 4-10-18 |

| 03/07/2018 Notice ▾ |
|---|
| Comment |
| Church v Gladden |

| 03/19/2018 Hearing ▾ |
|---|
| Judicial Officer |
| Butterfield, Eric E |

/

| | |
|---|---|
| Hearing Time | |
| 1:30 PM | |
| Result | |
| Held | |
| Comment | |
| Motion to Withdraw and State's Motion to Dismiss | |

**03/19/2018 Digitized Judgment Document**

| Judicial Officer | Comment |
|---|---|
| Butterfield, Eric E | ****VACATED****dismiss w/state's motion |

03/19/2018 Notice - Judgment Entry

03/19/2018 Closed

**04/11/2018 Notice - Appeal**

Comment
A167498 (3/19/18 Judgment)

04/12/2018 Notice

**04/12/2018 Motion**

Comment
to arrest judgment or correct the record

**04/12/2018 Memorandum - Support Motion**

Comment
to arrest judgment

**04/17/2018 Order - Appointing Counsel**

| Judicial Officer | Comment |
|---|---|
| Hadlock, Erika L | and Authorization for Transcript at State Expense for Appeal |

**04/17/2018 Notice**

Comment
Transcript Notification for Appeal A167498

**04/25/2018 Certificate**

**Comment**
of Preparation and Service of Transcript(s) for Electronic Filing at Court of Appeals

05/21/2018 Certificate

**Comment**
of Electronic Filing of Transcript(s) at Court of Appeals by: Sue Beal

05/21/2018 Notice

**Comment**
Electronic Copy of Court File Uploaded to COA; No Exhibits for this Case A167498

08/13/2018 Motion - Relief from Judgment

10/01/2018 Notice

**Comment**
Regarding Appeal Abeyance

10/12/2018 Notice

**Comment**
to court

11/09/2018 Order - Set Aside Judgment (Post-Disposition)

| Judicial Officer | Comment |
|---|---|
| Butterfield, Eric E | & remove atty Weiner |

11/19/2018 Motion

**Comment**
remove to Federal Court

12/05/2018 Order - Denial

| Judicial Officer | Comment |
|---|---|
| Erwin, Andrew R | mot to remove to Federal Court |

12/19/2018 Return - Mail

12/27/2018 Notice - Representation

01/30/2019 Order

| | |
|---|---|
| Judicial Officer<br>Nass, James W | Comment<br>A167498 - COA dismissed appeal as moot |

**02/15/2019 Filing Copy - Dismiss on Appeal (Post-Disposition)** ▼

   Comment
   A167498 - appeal is moot

**02/19/2019 Motion** ▼

   Comment
   to set scheduling deadlines

**02/19/2019 Declaration**

**02/26/2019 Order** ▼

| | |
|---|---|
| Judicial Officer<br>Butterfield, Eric E | Comment<br>scheduling deadlines |

**04/18/2019 Motion - Time Extension**

**04/18/2019 Declaration** ▼

   Comment
   sup mot ext time

**04/24/2019 Order** ▼

| | |
|---|---|
| Judicial Officer<br>Butterfield, Eric E | Comment<br>ext time to file amended petition 6-18-19 |

**05/10/2019 Notice** ▼

   Comment
   of intent to proceed on original petition

**05/23/2019 Motion - Attorney Withdrawal**

**05/23/2019 Declaration** ▼

   Comment
   sup mot w/draw atty

**05/23/2019 Order** ▼

| | |
|---|---|
| Judicial Officer | Butterfield, Eric E |

### 05/24/2019 Order - Withdrawal of Attorney

| | |
|---|---|
| Judicial Officer | Butterfield, Eric E |

### 06/07/2019 Motion

**Comment**
to instruct counsel part I, II, III

### 06/12/2019 Petition - Amended

### 06/12/2019 Motion

**Comment**
recuse Judge Butterfield

### 06/12/2019 Motion - Strike

**Comment**
notice to proceed on original petition; leave to file amend petition

### 06/12/2019 Motion - Time Extension

### 06/12/2019 Motion

**Comment**
instruct counsel part II and part III

### 06/20/2019 Motion - Appoint Counsel

### 06/25/2019 Order - Denial

| | |
|---|---|
| Judicial Officer | Comment |
| Butterfield, Eric E | MOTION FOR APPOINTMENT OF COUNSEL |

### 07/12/2019 Motion

**Comment**
to compel

### 08/01/2019 Certificate

/

Comment
of service of amended petition

08/12/2019 Motion - Compel Discovery

08/12/2019 Application - Fee Deferral Waiver

08/12/2019 Order - Fee Waiver

Judicial Officer
Authority, Administrative

Comment
$105 MRJ1

08/12/2019 Motion - Summary Judgment

08/13/2019 Motion - Dismissal

08/16/2019 Hearing - Status Check

Judicial Officer
Butterfield, Eric E

Hearing Time
9:00 AM

Result
Held

Parties Present
  Petitioner: Barber, Benjamin

08/16/2019 Order

Judicial Officer
Butterfield, Eric E

Comment
cont to 9-20-19

08/19/2019 Order - Appointing Counsel

Judicial Officer
Butterfield, Eric E

Comment
Attorney: Noel Grefenson

08/20/2019 Motion

Comment
amend judgment

08/20/2019 Notice

/

Comment
excerpt of record; in support of mot to amend judgment

08/20/2019 Subpoena - Duces Tecum

08/20/2019 Notice - Representation

08/22/2019 Motion - Appoint Counsel

Comment
"stand by counsel"

08/22/2019 Motion

Comment
compel respondent to make more definite & certain

08/22/2019 Memorandum - Support Motion

Comment
for sum jgm

08/22/2019 Motion

Comment
compel interogetories re: service of documents

08/22/2019 Motion

Comment
compel clerk of court to provide documents to petitioner

08/22/2019 Certificate

Comment
of service of multiple documents

08/30/2019 Affidavit

Comment
attachments to petition; affidavits in support of mot for sum jgm

09/05/2019 Motion

Comment
to instruct or replace counsel

09/05/2019 Motion

Comment
set hearing for sum jgm

/

09/05/2019 Motion - Default Order

09/05/2019 Response

  Comment
  to respondent mot dismiss

09/18/2019 Memorandum - At Law

  Comment
  sup mot sum jgm

09/19/2019 Response

  Comment
  to mot dismiss

09/20/2019 Hearing - Status Check

Judicial Officer
Butterfield, Eric E

Hearing Time
1:00 PM

Result
Held

Comment
Def's Mtn to Dismiss

Parties Present
  Petitioner: Barber, Benjamin
    Court Appointed: GREFENSON, NOEL

09/20/2019 Order

| Judicial Officer | Comment |
|---|---|
| Butterfield, Eric E | from status check hearing |

09/23/2019 Order

| Judicial Officer | Comment |
|---|---|
| Butterfield, Eric E | **DENIED**mot to file under seal |

10/17/2019 Letter

Comment
re: error of last page of amended petition (clerk deleted the blank page referred to)

### 11/05/2019 Judgment

| Judicial Officer | Comment |
|---|---|
| Authority, Administrative | S066851 - Petition for Writ of Mandamus is Denied |

### 02/21/2020 Hearing - Status Check

Judicial Officer
Butterfield, Eric E

Hearing Time
08:59 AM

Comment
status of pleadings/motions

# Financial

Barber, Benjamin

|  | Total Financial Assessment | $370.00 |
|---|---|---|
|  | Total Payments and Credits | $105.00 |
| 10/12/2017 | Transaction Assessment | $265.00 |
| 8/13/2019 | Transaction Assessment | $105.00 |
| 8/13/2019 | Waiver | ($105.00) |