# *REQUEST FOR INFORMATION*

## RECORDING SYSTEM

## for



## Washington County Consolidated Communications Agency
### Beaverton, Oregon

**August 13, 2014**

**Prepared by:**
**Larry L. Hatch, Assistant Director**
**17911 NW Evergreen Pkwy**
**Beaverton, OR  97006**
**(503) 690-4911    Fax (503) 531-0186**
**Email: lhatch@wccca.com**


**Washington County Consolidated Communications Agency**
*Excellence in Emergency Communications*

## INTRODUCTION AND EXECUTIVE SUMMARY

Washington County Consolidated Communications Agency, Beaverton, Oregon, an ORS 190 Organization, (Agency) is requesting information from vendors for a recording system.

The Agency is currently in the process of seeking information on the available audio/video/data recording systems and the vendors that provide such systems. The recording system needs to fulfill the Agency's requirement to record and capture information from existing and future (Next Gen 9-1-1) equipment across multiple systems and platforms. The System shall have a comprehensive reporting/ retrieval system that allows information to be sorted and searched.

Each proposal must contain a statement as to whether the vendor is a resident vendor, as defined in ORS 279A.120. This is not a public works contract subject to ORS 279C.800 through 279C.870, the Davis Bacon Act (40 U.S.C. 276a).

This Request for Information is intended to obtain a list of qualified vendors to provide any or all of the systems and/or devices to be identified herein. All responses shall be submitted in accordance with this Request for Information.

The Agency reserves the right to reject any and all proposals not in compliance with all prescribed public bidding procedures and requirements, and may reject for good cause any and all proposals upon the finding that it is in the public interest to do so and to waive any and all informalities in the public interest. In the award of the contract, the Agency will consider the element of time, will accept the proposal or proposals which in their estimation will best serve the interests of the Agency and will reserve the right to award the contract to the vendor whose proposal shall be best for the public good.

## SCHEDULE

| | |
|---|---|
| Request for Information Issued | 8-13-14 |
| Last Date for Questions/Clarification | Five (5) days prior to Response Date |
| **Response Date** | **9-10-14** |



**Washington County Consolidated Communications Agency**
**Excellence in Emergency Communications**

# INSTRUCTIONS

### DELIVERY OF RESPONSE:

All responses must be submitted in a sealed envelope, bearing on the outside the name and address of the vendor, the name of the project for which the response is submitted and the time and date of the scheduled opening. If the response is forwarded by mail, the sealed envelope containing the response must be addressed to the Assistant Director, WCCCA, 17911 NW Evergreen Pkwy, Beaverton, Oregon, 97006.

### RECEIPT AND OPENING:

Responses shall be submitted prior to the time stated in the advertisement. Responses received after the time so designated will be deemed late and not considered. No responsibility will be attached to any official of the Agency for the premature opening of, or the failure to open, a response not properly addressed and identified.

### ADDENDA AND INTERPRETATIONS:

Every request for an interpretation shall be made via email to the Assistant Director (lhatch@wccca.com) and, to be given consideration, must be received at least **five (5) days** prior to the date set for the opening of proposals. Any and all such interpretations will posted at http://www.wccca.com/rfp/ no later than **three (3) days** prior to the date fixed for the opening of responses.

Time, if stated as a number of days, will exclude Saturdays, Sundays and holidays.

### SPECIFICATIONS LIMITING COMPETITION

Respondents may comment on any specification or requirement contained within this RFI, which they feel limits competition. Such comments may be formal or informal, and are to be addressed to the Assistant Director.

### SUBMISSIONS:

Respondents shall address the information requested in the Specifications section. Submissions shall be in the form of an overview of the system/software/devices possessed by the vendor, detailing how the system addresses the requested specifications.

### PUBLIC RECORDS

This RFI, and one copy of each original proposal received in response to it, shall be kept by the Agency and made a part of a file or record which shall be open to public inspection. If a response contains any information that is considered a trade secret under ORS 192.501(2), each sheet of such information must be marked with the following legend:

> "This data constitutes a trade secret under ORS 192.501(2), and shall not be disclosed except in accordance with the Oregon Public Records Law, ORS Chapter 192."



The Oregon Public Records Law exempts from disclosure only bona fide trade secrets, and the exemption from disclosure applies only "unless the public interest requires disclosure in the particular instance." Therefore, non-disclosure of documents or any portion of a document submitted as part of a proposal may depend upon official or judicial determinations made pursuant to the Public Records Law.

### **INTELLECTUAL PROPERTY RIGHTS**

Vendor will defend or settle any claim against the Agency that a product or support delivered under this agreement infringes on a patent, utility model, industrial design, copyright, trademark or any other intellectual property right, in the country where the Agency uses the product or receives support.

Vendor will pay the cost of such defense and settlement and any costs and damages finally awarded by a court against the Agency. If such a claim is made or appears likely to be made, vendor may procure the right for the Agency to continue using the product may modify the product or may replace it. If use of the product is enjoined by a court and vendor determines that none of these alternatives is reasonably available, vendor will take back the product and refund its purchase price.

### **INQUIRIES:**

Questions regarding the project, project specifications, and this request for information should be addressed to:

> Mr. Larry Hatch
> Washington County Consolidated Communications Agency
> 17911 NW Evergreen Pkwy
> Beaverton, Oregon  97006
> Email to lhatch@wccca.com

**9-1-1 WCCCA** — Washington County Consolidated Communications Agency
*Excellence in Emergency Communications*

# SPECIFICATIONS

## FOR A

## RECORDING SYSTEM

This specification is for a recording system:

1. **System Specifications / Requirements:** The system shall meet the functional, technical, and service requirements detailed as follows. Vendors shall respond to each requirement by responding with a narrative description providing enough detail to fully understand the system. Provide diagrams and screen shots where these will aid in understanding.

    1.1. Software Requirements. If any software license requirements are needed, WCCCA requests costs for an enterprise licensing for the WCCCA agencies.

    1.2. Any and all software requirements must be disclosed by the vendor. This would include operating system compatibility along with support applications and version requirements.

    1.3. The System shall be designed to record in a 24/7/365 continuous operation.

    1.4. Recording equipment must provide a minimum of 120 channels for recording.

    1.5. The System shall provide instant playback for all phone and radio being recorded at 22 positions.

    1.6. The System shall have the ability to provide unattended and automatic archiving per user defined schedule.

    1.7. The System shall have the ability to archive all recordings for a minimum of thirty-six months.

    1.8. The System shall have the ability to record and capture information from the existing and future equipment;

       1.8.1. Tiburon CAD
       1.8.2. Cassidian Phone System
       1.8.3. Motorola Gold Elite Consoles
       1.8.4. Motorola MCC 7500 IP Consoles

    1.9. The System shall have the ability to screen capture within the CAD LAN.

    1.10. The System must have the ability to record in a SIP (Session Initiated Protocol) environment.

    1.11. The System must be a turnkey, self-contained unit. This indicates that all services, recorder hardware, and/or other needed software will be located in a single machine provided by the vendor or in multiple machines all supplied by the vendor.



1.12. The System must be fault tolerant with redundancy built-in, included dual hot swappable hard drives, power supplies, fans, and CPU's, utilizing appropriate RAID technology.

1.13. The archive system must be fully redundant for 36 months of records retention. No Systems that use volatile RAM resources for short-term storage will be accepted.

1.14. The System must allow for simultaneous recording on all channels, playback on multiple remote workstations, and multiple channel playback without loss of any data and without deterioration to the rest of the system processes.

1.15. The System must be equipped for expansion in such a way that if expansion or new capability is acquired this can be accomplished by installation of new port cards, circuit boards, software upgrades, etc.

1.16. The System must be capable of accepting data, such as ANI/ALI, from an external data source and post the appropriate alphanumeric field to the appropriate recorded call.

1.17. The System must be able to natively store records in standard audio format including, WAV, MP3, etc. There shall be no need for any additional steps to create the audio file for records distribution by conversion from a proprietary format.

1.18. The System must keep track of time and date and interface with customer provided Spectracom NetClock.

1.19. The System shall have a comprehensive reporting/ audio retrieval system that allows audio to be merged, cropped and/or redacted that includes a date/time stamp at the beginning and end of downloaded files. In addition, the audio files shall have the ability to be sorted and searched based on the following criteria, as well as the ability to add/create new user defined fields:

   1.19.1. Radio ID
   1.19.2. Radio Alias
   1.19.3. Site ID
   1.19.4. Zone ID
   1.19.5. Position
   1.19.6. Line
   1.19.7. ANI
   1.19.8. Note/Remarks – (open field that allows for input of additional notes or remarks.

1.20. Version upgrades, fixes, and maintenance to the System shall only be applied after tested in a production environment.  The vendor shall be responsible for systematically deploying upgrades, fixes, and maintenance to the System.  Each fix, change, upgrade, must have the ability to roll back to previous operating conditions if problems arise.

1.21. The System must have Administrator, Individual User access levels. The Administrator must have the ability to set up different user rights and privileges for each individual. The vendor must describe how their System handles;



1.21.1. Authentication
1.21.2. Security of voice file transfer
1.21.3. Audit of who has accessed a recording

1.22. The System shall provide multiple levels of security down to the channel level.

1.23. The System shall allow authorized access of selected – recorded audio either at the recorder or by use of an optional remote workstation. Describe or provide a copy of the audit trail for a recording.

1.24. The System shall support multiple playback channels simultaneously and also provide variable speed playback. Vendor shall describe its simultaneous channel playback capabilities. Playback shall not interrupt the recording of any channel.

1.25. The System must support commonly used printers and fax machines allowing the user to print reports.

1.26. The vendor must include the minimum hardware requirements for operating the System.

1.27. The System shall have one or more of the following means of activating and deactivating the record function;

1.27.1. Record continuously
1.27.2. Record during voice activity
1.27.3. Record while the off – hook signal contact is closed
1.27.4. Record while telephone line voltage indicates off-hook

1.28. The System shall have an audible alarm notification at a console to alert of any failure or outage on the system. The vendor shall provide examples of your System's diagnostic capabilities.

1.28.1. The System must provide the following;
1.28.1.1. Boot up system test and ongoing self-checking tests
1.28.1.2. An error log to keep track of alerts, error messages, and conditions
1.28.1.3. Channel inactivity alert that will notify the user if a particular channel is inactive for a user defined period of time.
1.28.1.4. Provide real-time status of system activity with the ability to compare to in-house known real-time activity data sources that include CAD, Radio and phone systems. The real-time status shall display a simple easy to read graph or chart.

1.29. Redundant Architecture. The System will be designed with redundancy. The vendor must describe how their proposed solution is fully redundant.

1.30. Open Interface to Other Applications: The solution must have proven integration with many third party applications to include; CAD, Radio, and Phone Systems. Data should be stored in SQL database structure that is accessible for integration without proprietary limitations or constraints.



**Washington County Consolidated Communications Agency**
*Excellence in Emergency Communications*

1.31. WCCCA would prefer a solution that includes the vendor providing the following:

   1.31.1. Physical support of the system
   1.31.2. 3 years of Software upgrades to the system
   1.31.3. 3 years of all hardware support and all hardware replacement for defects, failure, or needed upgrades to maintain superior performance of the System.

2. **Next Generation 9-1-1**

   2.1. The vendor must provide a commitment to WCCCA that they will provide software, equipment and/or services that meet, are capable of meeting, and /or that will meet NENA NG9-1-1 requirements and standards now available or as they become available in the future.

   2.2. The vendor shall describe their development status for Next Gen 9-1-1, what they have to offer, and if they are currently following NENA recommendations, requirements, and standards. Once a standard is adopted by NENA the vendor must commit to complying with NENA standards within six (6) months after formal availability. The cost to comply with NENA's NG standards is solely the responsibility of the vendor.

   2.3. The vendor shall describe the programs it is participating in to test their NG System with products from other vendors.

3. **Open Source Reliance**

   3.1. The vendor shall describe if the proposed solution utilizes open source software/products and detail what, if any, are utilized. The vendor shall describe how product enhancement control is maintained independent of open source community advances. The vendor shall describe any risk associated with utilization of open source software.

4. **License Fees for Vendor's Software**

   4.1. Vendor will provide its license fees ("License Fees") for licensing vendor's
      4.1.1. Software as follows:
         4.1.1.1. A server based license.
         4.1.1.2. Site licenses for end user access
         4.1.1.3. WCCCA is always interested in a solution that provides "enterprise licensing". Please discuss this possibility with your response.

5. **Warranty**

   5.1. The Vendor shall provide the Services specified in Maintenance.

   5.2. The Vendor shall warrant that the System shall be free of Errors and Bugs.

   5.3. The Vendor warrants that the System shall function properly under ordinary use and shall operate in conformance with the applicable Specifications and System Documentation from the first day of installation at the first PSAP until 90 days post acceptance of the final installation.



5.4. The Vendor shall warrant that no portion of the System shall contain any "back door", "time bomb", "Trojan horse", "worm", "drop dead device", "virus", or other computer components designed to (i) permit access or use of either the System or WCCCA's computer systems by the Vendor or a third party not authorized by the Agreement, (ii) disable, damage, or erase WCCCA's computer systems, or (iii) perform any other such actions.

5.5. The Vendor warrants that the System is, and shall continue to be, data, program, and upward compatible with any software products available or to be available. This is so the System will operate with other products without the need for alteration, emulation, or other loss of efficiency.

**6. Maintenance and Support for the System**

6.1. Due to the critical nature of emergency communications, the Vendor must propose a plan that addresses its ability to be prepared and able to provide service for the System 24 hours a day, 7 days a week, and 365 days a year. The Vendor shall offer a maintenance service plan that includes:

6.1.1. "Normal Maintenance" for problems that do not affect the overall performance of the System, but still require attention. The Vendor shall provide its response times under Normal Maintenance. Maximum response time is *not to exceed two business days from the time the complaint is received*.

*6.1.2.* "Critical Maintenance" for problems that jeopardize or degrade any part of the System. The Vendors maximum response is *2 hours, on a twenty – four (24) hour basis, to include weekends and holidays.*

6.1.3. The Vendor shall be responsible for providing WCCCA with methods of contacting the Vendor during business and after hours.

6.1.4. Service shall be performed with the System fully operational for 99.999% of the time. The System shall not be rendered inoperable for the purpose of routine maintenance, system software upgrades, or hardware additions.

6.1.5. The Vendor shall provide certified technicians to provide all service on the System. If service is provided by a third party vendor this needs to be clearly identified in the Vendor's response to this proposal. The physical location of the closest service technician and their back up to our area that is certified on the System must be identified.

6.1.6. The Vendor shall provide a solution that includes Active System monitoring 24 hours a day, 7 days a week, 365 days a year.

6.1.7. The Vendor shall provide pricing for software support for years 1, 2, and year 3. If there is a discount available for pre-payment of software supports please specify.



**Washington County Consolidated Communications Agency**
Excellence in Emergency Communications

**7. Disaster Recovery/Backup/Security**

7.1. Disaster Recovery

7.1.1. The Vendor shall define any additional or special equipment or software needed to successfully back up and recover the proposed system.

7.1.2. The Vendor will provide System Documentation (As Built Diagrams) describing the Systems operation (and/or architecture, operating system dependencies) and procedures used for performing a backup and recovery of the application and related database(s).

7.2. Security

7.2.1. Security measures will be provided in accordance with the information technology industry's best practices. The major components of the security plan will include details concerning the security architecture which includes the Network, Platform, Physical, and Process.

7.2.2. The Vendor's Physical place of business that provides remote support to the System shall provide secure access such as door keys, locks, key cards, security cameras, audible and visual alarms, and system or device labels.

7.2.3. Process
   7.2.3.1. Process security includes Vendor security policy and procedural documentation that governs the creation, use, storage, and disposal of data, as well as the Systems and networks on which the data resides. Process will also include detailed information concerning secure access methods, as well as account and password requirements for obtaining data.

   7.2.3.2. Attention will be given to the privacy of user account information, which will be strictly controlled by the access provider. The successful Vendor will not only provide the listed security best practices, but also provide for data confidentiality, data integrity, and data availability. These security items will need to be detailed in the Vendors Proposal.

   7.2.3.3. Precautions will be provided by the Vendor to protect the Confidential Information in WCCCA's System.

   7.2.3.4. The successful vendor will be required to sign a WCCCA Data Confidentiality Agreement.

   7.2.3.5. The Vendor will provide the name and date of any security certification received by Vendor from a third party.

   7.2.3.6. The Vendor must identify how your solution will protect our System from network hackers and viruses that attempt to impede the normal operation of a system. The Vendor shall identify how their solution will sufficiently protect our System from attack.



      7.2.3.7. All network interfaces connected to either a managed WAN or protected via a Virtual Private Network (VPN) through the public internet must include protection against security attacks.

      7.2.3.8. The Vendor must identify your security protocols and interfaces. If additional hardware or software is required, this must be included in the core bid not priced as an option.

      7.2.3.9. All PC based machines (servers and workstations) in the network shall have virus protection software installed and functioning. The Vendor shall provide for a mechanism to keep the virus protection up to date that is not dependent upon remote monitoring.

8. **Training**

   8.1. The Vendor shall provide a plan that details training requirements associated with the Implementation of the System. All training course content will be subject to review and approval by WCCCA. Training would need to include training for over 72 call takers and Supervisors, and must be accommodating to shift work.

   8.2. Vendor's provided training shall include:
      8.2.1. Administrator training
      8.2.2. User training

9. **Project Manager**

   9.1. It is required that the Vendor assign project managers who are familiar with 9-1-1 as well as the proposed system. It is a requirement that the proposal include the project manager's resume with references on similar projects. The Vendor is required to submit a task-oriented project plan detailing the system installation. The project plan must identify a start date, critical dependencies and typical timelines.

10. **Pricing**

   10.1.   Cost for the System
      10.1.1. WCCCA is expecting detailed cost information.

   10.2.   Cash Flow
      10.2.1. Vendor must provide a projected cash flow schedule for the project.

   10.3.   Cost for Service Plan/ Maintenance year 1, 2 and year 3.
      10.3.1. WCCCA seeks pricing information on the service and maintenance plan offered. A maintenance agreement should be included in your proposal that details your services.

   10.4.   Additional costs.
      10.4.1. This document is to collect information to help WCCCA make an informed decision. If you have provided additional information or equipment components throughout your response, provide financial information to support those items.