# XHAMSTER

Videos · Live Sex · Pornstars · Channels · Photos · Dating · Premium · ···

Upload · Log in · Sign up

SFW Check out all these BBWs from around the world   👁 43,125   👍 89 %

DreadneckEd ✔   🔴 691   BBW   Big Ass   Big Natural Tits   Bisexual   Softcore   Around the World   Big Butts   Check up   New to



00:00 / 01:12

Chat with xHamsterLive girls now!   LIVE BonnyHailleX   LIVE CurlyySue   LIVE SexyMoonL...   LIVE CarollaHotB...   AshleyxEm...   More Girls

👍 74 / 9   👎   ❤ Favorite   💬 Comments 4   ⬇ Download   ↗ Share   About

### Ads by TrafficStars

Tinder For Sex in Portland 🖤🤍 — SwiftFling
📌 Portland, Sarah (46) — Easy Sex
Like Steroids For Your Cock! Do This — 5GM
Craigslist for Sex in Portland Tonight! — Fuck local matures
Rich Mature Cougars From — Rich Cougars
Craigslist for Sex in Portland Tonight! — Fuck local matures



HD   04:39   2016 DoggVision Univ Graduates - Part 1   👁 67,688   👍 93%
02:13   PlatinumPuzzy.net compilation Promo   👁 32,939   👍 96%
02:10   CUMMING TO PARIS   👁 52,575   👍 97%





02:07   THE PICKUP   👁 114,685   👍 98%
HD   14:13   Buff and Trinity Anniversary Sex Tape   👁 27,019   👍 96%
HD   02:45   Shower Fucking Preview   👁 42,143   👍 97%

Cookies help us deliver our services. By using this website, you agree with our use of cookies. Learn more ✕



**Another New Toy Preview**

34,779    97%

**Stretch and Fuck My Fat Pussy**

73,854    98%

**she cant handle redzilla 12 inch BBC sbbw lover takes it all**

88,332    95%



**BBWCamHouse promo**

35,872    95%

**Hot bbw party in the bar**

76,140    99%

**Redbone BBW Raegan Darling loves the cock**

33,813    100%

1    2    3    4    5    ›

Show all ›

Cookies help us deliver our services. By using this website, you agree with our use of cookies. Learn more ✕

 **Comments** 4

Please log in or register to post comments



**E** **endomorphosis** 🇺🇸 ♂
this isnt meagan vance

1 month ago    ⟶ Reply

**C** **cenflbear** 🇺🇸 ♂
Looks like Heaven to me 😉

2 years ago    ⟶ Reply

 **bags64** 🇺🇸 ♂
Not even close to bisexual. But lame though!

3 years ago    ⟶ Reply

 **lostonline040** 🇺🇸 ♂
Wish i could! Fingers crossed for 2017

3 years ago    ⟶ Reply

---

**Full length videos from xHamster Premium**    Big boobs  Big ass  Bbw  Erotica  Bisexual


38:11  Thick hottie double penetrated by big black cock

Great tits are always welcomed, even to a couple
27:48


29:45  Muscular bisexual stud fucks male and female ass in


17:07  She gets hot watching her bisexual friend


44:37  Man in costume gets cock sucked by another man in


23:31  There is plenty of holes in this kinky bisex threesome

22:13  Stunning blonde invites bisexual studs to take a


29:54  Cuckold wife gets fucked in both holes while husband


17:23  Long haired beauty gets rammed by two bi dudes


31:47  Blonde horny babe blows two poles then get nailed in the

Show all videos

---

**xHamster**        **Help**        **Legal**        **Start making money with us**

Press        FAQ        Terms of use        Webcam models wanted        *Sell your Videos or launch a*

Blog        Contact us        Privacy policy        Content Creators Program

                DMCA/Copyright        Webmasters

Cookies help us deliver our services. By using this website, you agree with our use of cookies. Learn more ✕



Tools    Insights    Case Studies    Services    About

**Get my free SEO strategy session**



# Free Keyword Rank Checker Tool

| Keyword | Rank |
|---|---|
| "meagan vance" | Not ranking |
| meagan vance | Not ranking |

### Enter your domain name

xhamster.com

### Keywords

Enter up to ten keywords, one per line.

"meagan vance"

meagan vance

**Find keyword position now!**

## SEO Score

- Backlinks
- Content
- Optimization
- Technical
- User Experience

## SEO Tools

- Page Analyzer
- Domain Authority Checker
- UTM Builder
- Redirect Checker
- Header Checker
- Robots.txt Generator
- Meta Tag Generator
- Keyword Rank Checker
- Keyword Density Checker
- Sitemap Generator
- SERP Checker

# Your Free Online Keyword Position Rank Checker Tool

Want to know how your website landing pages rank on search engines for the keywords you're targeting? We have a tool that can help you find out.

# Checking Your Keyword Positions

The Google rank checker tool helps you check the position your website landing pages are displayed at when a user searches for your targeted keywords.

So, why should you use our keyword rank checker?

Tell us what you think

Checking and tracking the keyword positions of your website on an ongoing basis is a common practice among website owners and marketers. It enables you to determine just how effectively your current SEO campaign is performing.



# KEYWORD RANK CHECKER

To check the keyword rank in Google ranking, use our free Keyword Position Checker. Just enter the domain name, keywords and search engine and click the blue 'Check Position' button.



By Keywords          By URL

**Your domain: (example: smallseotools.com)**

🔗 | https://xhamster.com/videos/sfw-check-out-all-these-bbws-from-around-the-world-6162250

**Search Engines**

Google.com ▾

**Device:**

🖥 📱 📱

**Your keywords: Enter up to 10 keywords (one keyword per line)**

"Meagan Vance"

**Sage Intacct Cloud Accounting - The Only AICPA Prefer
SaaS**
Built for finance professionals by finance experts. Download the free IDC report sageinta

By clicking "Accept" or continuing to use our site, you agree to our Privacy Policy for Website (https://smallseotools.com/privacy/)     Accept ()     Privacy Policy

Check Position



 Status

100%

## RESULTS

| Selected Search Engine | https://www.google.com/ |
|---|---|
| Selected Device | Desktop |

| Keyword SERP | Keyword Position | Search Volume | CPC | Competition | No. of Search Results | Trends |
|---|---|---|---|---|---|---|
| "Meagan Vance"<br><br>()<br>View Top 94 URLs | Not in top 100 | 0 | 🔒 Visit Here (https://www.semrush.com/info/) | 🔒 Visit Here (https://www.semrush.com/info/) | 0 | |

Report Generated on: Sun Dec 22 2019 for website: xhamster.com

Download Excel Report    Share Report



Improve Your Rankings!

By clicking "Accept" or continuing to use our site, you agree to our Privacy Policy for Website    Accept ()    Privacy Policy
(https://smallseotools.com/privacy/)



# KEYWORD RANK CHECKER

To check the keyword rank in Google ranking, use our free Keyword Position Checker. Just e... domain name, keywords and search engine and click the blue 'Check Position' butto...



By Keywords | By URL

**Your domain: (example: smallseotools.com)**

🔗 xhamster.com

**Search Engines**

Google.com ⌄

**Device:**

🖥️ 📱 📱

**Your keywords: Enter up to 10 keywords (one keyword per line)**

Meagan Vance
"Meagan Vance"

**Competitive Landscape Analysis - Keep Track Of Your Competitors**

Keep Track Of Your Competitors With An Interactive Dashboard And Custom Alerts.
offers.evalueserve.com/competitive

By clicking "Accept" or continuing to use our site, you agree to our Privacy Policy for Website    Accept ()    Privacy Policy
(https://smallseotools.com/privacy/)

Check Position





Status

100%

## RESULTS

| Selected Search Engine | https://www.google.com/ |
|---|---|
| Selected Device | Desktop |

| Keyword SERP | Keyword Position | Search Volume | CPC | Competition | No. of Search Results |
|---|---|---|---|---|---|
| **Meagan Vance**<br><br>()<br><br>View Top 99 URLs | Not in top 100 | 10 | 🔒<br>Visit Here (https://www.semrush.com/info/Meagan Vance+(by+organic)?ref=0476999335) | 🔒<br>Visit Here (https://www.semrush.com/info/Meagan Vance+(by+organic)?ref=0476999335) | **0** |
| **"Meagan Vance"**<br>()<br>View Top 94 URLs | Not in top 100 | 0 | 🔒<br>Visit Here (https://www.semrush.com/info/) | 🔒<br>Visit Here (https://www.semrush.com/info/) | **0** |

Report Generated on: Sun Dec 22 2019 for website: xhamster.com

Download Excel Report      Share Report

By clicking "Accept" or continuing to use our site, you agree to our Privacy Policy for Website      Accept ()      Privacy Policy

(https://smallseotools.com/privacy/)


meagan vance

All    Images    News    Videos    Shopping    ⋮ More    Settings    Tools

Page 2 of about 1,100,000 results (0.32 seconds)

### Meagan Vance (@pantsmeg) • Instagram photos and videos
https://www.instagram.com › pantsmeg

47 Followers, 113 Following, 14 Posts - See Instagram photos and videos from **Meagan Vance** (@pantsmeg)

### Meagan Vance Real Estate listings - 4 Results | Ovlix
https://www.ovlix.com › agent › Meagan-Vance

View **Meagan Vance** profile on Ovlix.com. ... **Meagan Vance**; Exit Realty Lake Superior; Phone: 705-941-1545; Fax: 705-942-6502; Toll Free: 866-570-2061 ...

### Megan Vance - YouTube
https://www.youtube.com › channel

**Megan Vance**. SubscribeSubscribedUnsubscribe 4. Loading... Loading. .... Cinnamon Attempt - Duration: 102 seconds. **Megan Vance**. 53 views; 7 years ago ...

### Meagan Vance: Exit Realty Lake Superior ...
https://www.princegeorgematters.com › directory › contact ▾

About Exit Realty Lake Superior. Exit Realty Lake Superior is a Real Estate Brokerage operating in Sault Ste Marie, Ontario. EXIT Realty Lake Superior was ...

### MEAGAN VANCE | Salesperson | ListNet
https://listnet.ca › meaganvance ▾

ListNet is the central property marketplace in Canada for, houses for sale, houses for rent, condos for sale, rooms for rent, apartments for rent, land for sale, ...

### Meagan Vance, Exit Realty Lake Superior, Real Estate Agent ...
https://www.rew.ca › agents › meagan-vance

**Meagan Vance**, a real estate agent with Exit Realty Lake Superior, specializes in ON residential houses and condos for sale. View the listings.

### Meagan Vance | Flickr
https://www.flickr.com › photos › megvance

Explore **Meagan Vance's** 12 photos on Flickr! ... **Meagan Vance**. Follow. Give Pro. megvance. 1 Follower•0 Following. 12 Photos. Joined 2012.

### MEAGAN VANCE, Sault Ste. Marie Real Estate Agent | Exit ...
https://homicity.com › ... › MEAGAN VANCE Exit Realty Lake Superior

**MEAGAN VANCE** is a Salesperson at Exit Realty Lake Superior and can be reached at (705) 941-1545, or 207 Northern Ave E #1, Sault Ste. Marie, ON P6B ...

### Meagan Vance, Model, Austin, Texas, US - ModelMayhem
https://www.modelmayhem.com › meaganvance ▾

Official model mayhem page of **Meagan Vance**; member since Jun 11,2010 has 15 images, 68 friends on Model Mayhem.

### Barber v. Vance et al: Memorandum in Support of Anti-SLAPP ...
https://www.docketbird.com › ord-3:2016-cv-02105-00086

Memorandum in Support of Anti-SLAPP Motion, Memorandum in Support. Filed by **Meagan Vance**. (Related document(s): Motion to Dismiss {{85}}.) ...



Previous    1    2    3    4    5    6    7    8    9    10    Next

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more



meagan vance

All    Images    News    Videos    Shopping    More    Settings    Tools

Page 3 of about 1,100,000 results (0.36 seconds)

**Meagan Vance's Closet (@meggamonsterr) | Poshmark**
https://poshmark.com › closet › meggamonsterr ▾
Shop **Meagan**'s closet and buy fashion from Franco Sarto, cape robbin, bebe and more. Follow meggamonsterr on Poshmark.

**Meaganvance : Meagan Vance - Sault Ste. Marie, Ontario ...**
https://meaganvance.com.cutestat.com ▾
**Meagan Vance** - Sault Ste. Marie, Ontario Real Estate - Exit Realty Lake Superior - www.MeaganVance.com.

**Megan Vance | BREAST CANCER INNOVATION FOUNDATION**
https://www.breastcancerinnovation.com › meet-the-board › megan-vance ▾
**Megan** is the owner of Sweet Pea Floral Designs and Suzanne Jardin Garden Design and Maintenance. She has been designing both residential and ...

**Meagan Vance-wemes, Louisville — Public Records Instantly**
https://clustrmaps.com › US Persons › V ▾
**Meagan Vance**-wemes is a resident of KY. Lookup the home address and phone and other contact details for this person.

**Benjamin Barber v. Meagan Vance, et al (0:19-cv-35160 ...**
https://www.pacermonitor.com › public › case › Benjamin_Barber_v_Mea... ▾
Feb 26, 2019 - **Meagan Vance**, et al (0:19-cv-35160), Ninth Circuit U.S. Court of Appeals, Filed: 02/26/2019 - PacerMonitor Mobile Federal and Bankruptcy ...

**Meagan Tierney Vance Sullins Obituary - Visitation & Funeral ...**
https://www.floridacremationservicesllc.com › obituaries › Meagan-Tierne... ▾
Celebrating the life of **Meagan** Tierney **Vance** Sullins. Be the first to share your favorite memory, photo or story of **Meagan**. This memorial page is dedicated for ...

**The World's Best Photos of meagan and vance - Flickr Hive Mind**
https://hiveminer.com › Tags › meagan,vance ▾
375385_10151035718145062_871275061_21478301_1861431486_n (megsvance) Tags: model **meagan vance** modelmayhem cbphotography ...

**Readers Corner - Book Discussion Groups**
www.lfpl.org › readers › blog › static ▾
Tuesday Book Discussion Group. Moderator: **Meagan Vance**-Wemes - (502) 375-2051. Meets the last Tuesday of every month at the Fairdale Branch Library.

**Mine - Pinterest**
https://www.pinterest.com › meaganvance › mine ▾
... before launching her Born This Way Foundation on a snowy day in February 2012 in Cambridge, MA. - Lady Gaga Stops By Harvard Yard. **Meagan Vance**.

**Student Achievement - Union Yellow Jackets**
www.unionyellowjackets.org › band › student-achievement ▾
... L to R-Hunter Staton, Byars Cliburn, Amaiya McDonald, and Meagan Graham. ... Oliver Gray-tuba, **Meagan Vance**-clarinet, and Paisley Sullivan-Euphonium.



⬤ **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



meagan vance

All    Images    News    Videos    Shopping    More    Settings    Tools

Page 4 of about 1,100,000 results (0.33 seconds)

### Meagan Vance's Photos in @memiva Instagram Account
https://stalkfest.net › account › memiva ▾
Dec 7, 2019 - **Meagan Vance's** Photos shared recently. Find All Instagram Photos and Other Media Types of **Meagan Vance** in memiva Instagram Account.

### Judith Ann Woodward Waters | Walker Funeral Home
www.walkerspanishfork.com › obit › judith-ann-woodward-waters ▾
Jul 8, 2019 - ... and Robert Woodward (Shay), as well as her 13 grandchildren, both natural and adopted, Kyrstie, **Meagan**, **Vance**, Christian, Chardon, Josh, ...

### Megan E. Vance - Amazon.com
https://www.amazon.com › Megan-E-Vance ▾
About **Megan** E. **Vance**. **Megan** E. **Vance** rediscovered her love of writing in middle age. She graduated from the Institute of Children's Literature in both the ...

### 266 GLASGOW AVE, Sault Ste. Marie, ON P6C5G5 For Sale ...
https://www.remax.ca › 266-glasgow-ave-wp_id245942276-lst ▾
Aug 22, 2019 - **MEAGAN VANCE**, Exit Realty Lake Superior. Real estate photo. chevron_left chevron_right. chevron_left. 1 of 20. chevron_right. Expand ...

### 299 Goulais AVE, Sault Ste. Marie, ON - SM127184 ...
https://www.homefinder.ca › listings › 8454551-299-goulais-ave-sault-ste-... ▾
**MEAGAN VANCE**. Exit Realty Lake Superior. 705-941-1545. EXIT REALTY LAKE ... **MEAGAN VANCE**. Exit Realty Lake Superior. 705-941-1545. EXIT REALTY ...

### 299 Goulais AVE Sault Ste. Marie, Ontario | Houses for Sale ...
https://www.kijiji.ca › v-house-for-sale › 299-goulais-ave-sault-ste-marie-o... ▾
6 days ago - Contact Exit Realty Lake Superior - **MEAGAN VANCE**. externalAdSource. Send message. To deter and identify potential fraud, spam or ...

### Exit Realty Lake Superior: Sault Ste. Marie Real Estate ...
https://www.sootoday.com › directory › real-estate-brokerages › exit-realty... ▾
MovewithMeg. **Meagan Vance**. Sales Representative. Full profile >. Related Stories. BULLETIN: Exit Realty rocks out for Special Olympics. Bulletin | Dec 14 ...

### Boys' Life - Jan 1967 - Page 3 - Google Books Result
https://books.google.com › books ▾
Vol. 57, No. 1 · Magazine
Author Paul Darcy Boies weaves a wondrous yarn in The Haunting of **Vance Meagan**, a fiction tale about a young artist who cannot escape the ghosts of his past ...

### Scott Community High School GIRLS BASKETBALL 2017-2018
https://www.usd466.com › vimages › shared › vnews › stories ▾
Jr. Varsity. 2. **Meagan Vance**. 5'3. Fr. 3. Paige Vulgamore. 5'3. Fr. 4. Judy Wiebe. 5'6. Fr. 10. Jacy Rose. 5'5. So. 11. Shelby Patton. 5'9. So. 12. Kaely Capps. 5'5.

### Obituary for Megan Leigh Phillips | Vance Brooks Funeral Home
https://www.vancememorialchapel.net › notices › Megan-Phillips ▾
Nov 18, 2019 - Obituary for **Megan** Leigh Phillips | **Megan** Leigh Philips, 32, of Phenix ... 2019 at **Vance** Brooks Funeral Home in Phenix City with Pastor Matt ...



Milwaukie, Oregon - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

meagan vance

All · Images · News · Videos · Shopping · More · Settings · Tools

Page 5 of about 1,100,000 results (0.35 seconds)

**Staff - WGVU**
https://www.wgvu.org › about › staff ▾
General Manager 616.331.6775 | kolbek@gvsu.edu. **Megan** Davey. Business & Information
Manager 616.331.6519 |daveymeg@gvsu.edu. **Vance** Orr III.

**299 Goulais AVE, Sault Ste. Marie, Ontario, P6C5A2 — Point2 ...**
https://www.point2homes.com › ... › Northern Ontario › Sault Ste. Marie ▾
CA$119,900.00
Oct 17, 2019 - **Meagan Vance**. Salesperson. Exit Realty Lake Superior. (705) 941-1545 (Office);
(705) 942-6502 (Fax); 207 Northern Ave E - Suite 1, SAULT ...

**501 Wellington ST W, Sault Ste. Marie, Ontario, P6C3T4 ...**
https://www.point2homes.com › ... › Northern Ontario › Sault Ste. Marie ▾
CA$114,900.00
Jul 17, 2019 - **Meagan Vance**. Salesperson. Exit Realty Lake Superior. (705) 941-1545 (Office);
(705) 942-6502 (Fax); 207 Northern Ave E - Suite 1, SAULT ...

**Lisa Porco (@lisaporcopl) Followers | Instagram photos ...**
https://www.pictame.com › user › lisaporcopl › followers ▾
Megan Crema. @meg_crema. Robin @robin__coop. alexa naslovar ... @susie_q32. Palma Gervasi
@palmagervasi. **Meagan Vance** @meaganvance.

**Meagan Grandgenett - Track and Field Results ... - TFRRS**
https://www.tfrrs.org › athletes › Augustana_SD › Meagan_Grandgenett ▾
**MEAGAN** GRANDGENETT. AUGUSTANA (S.D.) .... **Vance** Butler Invitational Apr 1-2, 2011 ....
**Vance** Butler Invitational Apr 1, 2010 ...

**Megan Mullally - Wikipedia**
https://en.wikipedia.org › wiki › Megan_Mullally ▾
**Megan** Mullally (born November 12, 1958) is an American actress, comedian and singer. She
played Karen Walker on the NBC sitcom Will & Grace (1998–2006 ...
Born: November 12, 1958 (age 61); Los Angel...    Education: Northwestern University
Spouse(s): Michael A. Katcher; (m. 1992; div. 1...    Years active: 1979–present

**Meagan Vance (johngaltsarmy) on Pinterest**
https://www.pinterest.com.au › johngaltsarmy ▾
See what **Meagan Vance** (johngaltsarmy) has discovered on Pinterest, the world's biggest
collection of ideas.

**Our People — Elevate Energy**
https://www.elevateenergy.org › About ▾
Project Manager, Smart Grid. Bill Lyons Technical Project Lead. Booker **Vance** .... **Megan**
Borneman Environmental Health Project Coordinator. Melanie Mihalek

**Wise Her Still Three-Fold: The Book of Revocation**
https://books.google.com › books
Tiffany Buckner - 2017 - Fiction
"This is Haley," said **Megan**. ... Oh and by the way, my name is **Megan**. ... The flash that
emanated from the camera was a little too bright for **Vance's** eyes.

**Churchill Downs, others capitalize on Poke-craze**
https://www.courier-journal.com › news › local › communities › 2016/07/20

Jul 20, 2016 - **Meagan Vance**-Wemes, a library assistant at the library's Fairdale branch, ... Vance-Wemes ... library assistant at the library ...



‹  1  2  3  4  **5**  6  7  8  9  10  ›

Previous                                                    Next

⬤ **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help      Send feedback      Privacy      Terms



meagan vance

All | Images | News | Videos | Shopping | ⋮ More      Settings  Tools

Page 6 of about 1,100,000 results (0.37 seconds)

### Advisor Directory | University Advising
https://in.nau.edu › university-advising › advisor-directory ▾
Stefanie **Vance**. person photo. Academic Advisor, Senior. Call: 928-523-8852 · Email:
Stefanie.**Vance**@nau.edu. Deidra Watson. person photo. Academic ...

### Catalyst Games 2013: Games
catalystfitness.typepad.com › catalyst_games › games
**Meagan Vance**. 8. 5. 4. 10. 27. Margo Beaudoin. 10. 7. 11. 1. 29. Marnie Scott. 6. 11. 9. 4. 30.
Michelle Irwin. 5. 10. 12. 9. 36. Mary-Ann Linquist. 1. 12. 13. 13. 39.

### ELC: 2019-08M - E-Learning Center - Oakland City University
https://elearning.oak.edu › Courses › Classrooms ▾
MBA 548 Human Resource Management [2019-07]. Instructor: Meagan Brothers; Instructor:
Chastity Richardson; Instructor: **Megan Vance** ...

### The Times-News, Nephi, Utah
www.nephitimesnews.com › 2.htm ▾
She is the daughter of Alden and Lisa Orme, Nephi. **Megan Vance** is the Sterling Scholar in
Foreign Language. She is the daughter of Lynn and Heather Vance, ...

### Megan Haase - Women's Golf - University of Colorado Athletics
https://cubuffs.com › sports › womens-golf › roster › megan-haase
**Megan** Haase - 2015-16 team's Scholar Athlete Award 2015-16 (Sr.): Haase did not compete
during the 2015-16 season. 2014-15 (Jr.): Haase competed in.

### Contact | The University of Chicago Booth School of Business
https://www.chicagobooth.edu › corp › hire-students › recruiting-tools › c... ▾
**Meagan** manages corporate and student-facing activities and also supports .... Assistant
Director: Phone: 773.702.7436: barbara.**vance**@ChicagoBooth.edu ...

### Obituary | Vance "Ricky" Richard Johnston Jr. of Tishomingo ...
https://www.brownsfuneralserviceatokaok.com › obituary › vance-ricky-jo... ▾
Nov 5, 2019 - View The Obituary For **Vance** "Ricky" Richard Johnston Jr. of Tishomingo,
Oklahoma. Please join us in Loving, Sharing and Memorializing ...

### [PDF] College of Family, Home, and Social Sciences Convocation ...
https://enrollment.byu.edu › wp-content › uploads › FHSS_CONVO_online ▾
Apr 26, 2019 - **Meagan** Cahoon Alder. Neuroscience. DOCTOR OF .... **Megan** Nicole Berrey.
Courtney Lynne Beutler .... Michelle Aliese **Vance**. JUNE 2019.

### Megan E Vance - Home Page
www.meganevance.com ▾
Megan E. Vance, Megan, Author Vance, author **Megan Vance**, Author Megan E. Vance, Writer,
spiritual, Spiritual, Jesus, God, sure mercies,sure mercies of ...

### 105 Meagan Ln, Henderson, NC 27537 | MLS# 2101324 ...
https://www.redfin.com › Henderson › 105-Meagan-Ln-27537 › home ▾
3 baths, 2544 sq. ft. house located at 105 **Meagan** Ln, Henderson, NC 27537 sold for $170000
on Aug 30, 2017. View sales history, tax history, home value ...

‹  ›



Google

meagan vance

🔍

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

Google

meagan vance

🔍 All   🖼 Images   📰 News   ▶ Videos   🏷 Shopping   ⋮ More       Settings   Tools

Page 7 of about 1,100,000 results (0.36 seconds)

### About Us | Entrepreneurship | Utah Valley University
https://www.uvu.edu › entrepreneurship › about ▾
(801) 863-8999 | WB 216. **Meagan** Sanders. Administrative Assistant. msanders@uvu.edu ·
Professional Page. (801) 863-5354 | WB 146c. **Vance** Gough, PhD.

### Meagan Sturm , D.M.D. > Orthodontist Snellville | Silver Smiles ...
https://silversmiles.com › About Us ▾
Menu. **Meagan** Sturm, D.M.D. | Silver Smiles ... About Dr. **Meagan** Sturm ... They gave me the
best smile I could ask for! Thank you, and great job! **Vance**.

### Graduating Classes, 2007 - Kentucky Kinfolk
kykinfolk.com › hopkins › schools › graduates.2007.html ▾
... Jorge Terry, Chelsea Tingle, Ashley Todd, Ashley Townsell, Cherice Tyson, **Meagan Vance**,
Heather Vannoy, Loriann Wagoner, Aaron Walker, Kelly Wallace, ...

### Danessa Snustad and Vance Ryan's Wedding Website
https://www.theknot.com › danessa-snustad-and-vance-ryan-dec-2018 ▾
Dec 22, 2018 - I met **Meagan** when I first started dating **Vance**. Before **Meagan** and Ian got
married, **Vance** and Ian were roommates. **Meagan** and Ian have ...

### Patient Portal | Tennova Medical Group | Tennessee
https://www.tennovamedicalgroup.com › patient-portal-page ▾
Aiken, **Meagan** M., M.D., No patient portalVisit Patient Portal · Akhtar, Yasir, M.D., No patient
portalVisit Patient Portal · Amlicke, J. David, M.D., FACC, No patient ...

### Meet the Team | Toyota of Fort Worth
https://www.toyotaoffortworth.com › staff ▾
**Vance** BaileySales Manager. Joshua Moore Bio Image. Joshua MooreSales Manager. Don Ivie
Bio Image. Don IvieSales Manager. Stacy Boatmun Bio Image.

### Megan Phillips Obituary - Phenix City, Alabama | Legacy.com
https://www.legacy.com › obituaries › name › megan-phillips-obituary ▾
Nov 17, 2019 - **Megan** Phillips passed away in Phenix City, Alabama. Funeral Home Services for
**Megan** are being provided by **Vance** Brooks Funeral Home.

### Ferrari Connoisseurs, Rolls-Royce Aficionados & More - Meet ...
https://www.merlinautogroup.com › staff ▾
**Meagan** Lewellyn - Ext 305. Phone: 770.457.2699. Fax: 770.458.2611 ... **Vance** Wells - Ext 307.
Phone: 770.457.2699. Fax: 770.458.2611

### Meagan Ifert and Richard Scott's Wedding Website - Zola
https://www.zola.com › wedding › loveiswhatwescott › wedding_party ▾
The wedding website of **Meagan** Ifert and Richard Scott.

### Meagan R Pitcher, Ph.D. | People | Houston, Texas
https://www.bcm.edu › people › view › meagan-pitcher-ph-d ▾
**Meagan** R Pitcher, Ph.D. ... Hansen G, Payne BJ, Read R, Ding ZM, **Vance** RB, Thiel M, DaCosta
CM, Jones C, Pitcher MR, Shadoan M, Rice DS, Powell D...



‹ G o o o o o o o o o g l e ›
Previous   2  3  4  5  6  **7**  8  9  10 11   Next

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

meagan vance

All    Images    News    Videos    Shopping    ⋮ More        Settings    Tools

Page 8 of about 1,100,000 results (0.41 seconds)

### Obituary for Curtis Allen Vance | Hartsell Funeral Home
https://www.hartsellfuneralhomes.com › notices › Curtis-Vance ▼
Nov 28, 2018 - He was preceded in death by brother, Charles Eugene **Vance**,. ... and their
daughter Piper **Vance** of the home; daughter, **Meagan** Lynne Babb, ...

### [PDF] promote and grow - Norwex
media.norwexcs.com › 2018_Communications_Links ▼
Crystall Thompson. Danielle Tingler. Holly Van Voorhis. **Megan Vance**. Jenifer Vozzella. Chris
Wettersten. Tina Wolf. Belinda Wray. Alicia Wurst. Denise Yanda.

### Megan Giroux - Stone Real Estate
https://stonerealestate.com › about-sre › megan-giroux ▼
**Megan** has been a committed member of Stone Real Estate since 2001. Born and raised in
Michigan, **Megan** earned her Bachelor of Arts degree from Michigan ...

### Cypress Woods - Faculty Information
https://app.cfisd.net › urlcap › campus_list_011 ▼
Jones-Thomas, Tahtia email. K Kenny, **Megan** email ... Kutac, **Megan** email. L Lands, Shanna
email ... V **Vance**, Thomas email · Villarreal, Alexandra email

### Meagan Perrone - phone, email, social & more Socialcatfish ...
https://socialcatfish.com › search › meagan-perrone-1089471 ▼
We found 35 results for Meagan Perrone in 28 states. Check contact info, addresses ... 35
Records found for Meagan Perrone .... **Megan Vance** Perrone. Age: 41.

### Staff - Highland Park United Methodist Church
www.hpumc.org › staff ▼
**Megan** Boxberger. Senior Graphic Designer boxbergerm@hpumc.org ... **Vance** Gilmore. Director
Belong disABILITYoffice. 214.523.2132 gilmorev@hpumc.org ...

### Springfield Clinic > Megan E. Muchow, PA-C
https://www.springfieldclinic.com › find-a-physician › provider › physician ▼
Find a Physician. **Megan** E. Muchow, PA-C ... Find a Physician **Megan** E. Muchow, PA-C Back to
Search. **Megan** E. Muchow, PA-C. Departments. Neurology.

### Meagan Vance
megvance.blogspot.com ▼
Apr 26, 2012 - Source: Uploaded by user via **Meagan** on Pinterest Steve Jobs one of the most
exquisite role-models of our time Original Stanford Graduatio ...

### Obituary | Gailen Vance Balke of Roca, Nebraska | Butherus ...
https://www.bmlfh.com › obituary › gailen-balke ▼
Nov 1, 2019 - View The Obituary For Gailen **Vance** Balke of Roca, Nebraska. Please join us in
Loving, Sharing and Memorializing Gailen **Vance** Balke on this ...

### Our Team | New Benefits
www.newbenefits.com › ourTeam ▼
Mike **Vance**. VP Print Services. Learn More. Gilbert Vasquez. In-House Counsel ... Vendor
Relations Specialist. **Meagan** Ponder. Vendor Relations Lead ...



Previous          3  4  5  6  7  8  9  10 11 12          Next

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Google

meagan vance

🔍 All    🖼 Images    📰 News    ▶ Videos    🏷 Shopping    ⋮ More    Settings    Tools

Page 9 of about 1,100,000 results (0.44 seconds)

**Mapped Real Estate Properties | Exit Realty Lake Superior ...**
https://realestatestop.com › real-estate-properties › mapped-real-estate-prop... ▼
556 Properties Found. Hide Filters. Any Property Status, For Lease, For Rent, For Sale. Minimum
Price, $30,000, $50,000, $80,000, $100,000, $125,000 ...

**Meagan M Vance living in Bluefield, VA Contact Details**
https://www.searchpeoplefree.com › V › Vance › Meagan M Vance ▼
Search for **Meagan M Vance** living in Bluefield, VA, get started for free and find contact
information, address and phone for anyone. Try SearchPeopleFREE.com ...

**Staff - Legal Aid Society Louisville**
https://www.laslou.org › aboutus › our-staff ▼
Ashley **Vance** Paralegal avance@laslou.org (502) 614-3131. John Young Managing Attorney of
Intake and Limited Services jyoung@laslou.org (502) 614-3136 ...

**Dippé-Megan - Valley Medical Center**
www.valleymed.org › doctors › dippé-megan ▼
Medical Arts Center 4033 Talbot Rd S Ste 570. Renton, WA 98055. Phone: 425.690.3490. Fax:
425.690.9490. View Map ...

**Vance Joy schedule, dates, events, and tickets - AXS**
https://www.axs.com › artists › vance-joy-tickets ▼
Australian singer-songwriter **Vance** Joy today announced his return to North America in 2016
with the 'fire and the flood' tour. The first headline run for **Vance** ...

**TF-CBT Certified Therapists - Trauma-Focused Cognitive ...**
https://tfcbt.org › members ▼
**Megan**, Abreu, 401 McEwen Drive, Niceville, FL, 32578, 850-833-9237, click to ...... Ashley, **Vance**,
2855 Michigan St NE, Grand Rapids, MI, 49506, 616-336- ...

**courtesy of Meagan Nichols Memphis Business Journal ...**
www.lrgmemphis.com › news-and-resources › tag › courtesy+of+Meagan+N... ▼
In Memphis Business Journal, Done Deals Tags courtesy of **Meagan** Nichols ... Raiford's
Hollywood Disco at 115 **Vance** Ave., which closed in 2007 after 32 ...

**Arkansas Counselors - Waterstone Counseling Center**
www.waterstonecounseling.com › counselors ▼
**Megan** has several years of experience counseling individuals, couples, and families .... **Vance**
also is a Certified Sexual Addiction Therapist Candidate and has ...

**Women in Gaming: 100 Professionals of Play**
https://books.google.com › books ▼
**Meagan** Marie · 2018 · History
**Megan** Marie ... PatriciaEVance Patricia **Vance** esrb.org, globalratings.com ... Patricia **Vance**
has had her head and heart in interactive entertainment for almost ...

**76 Meagan Lane, Henderson, NC 27537 - MLS# 2112226 ...**
https://www.estately.com › North Carolina › Vance County ▼
76 **Meagan** Lane Henderson, NC 27537 — **Vance** County ... Property details for 76 **Meagan** Lane
... Inside City: No; Area: 322 - **Vance** County; County: **Vance** ...



⬤ **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

G👁️👁️gle

meagan vance

🔍 All    🖼️ Images    📰 News    ▷ Videos    🏷️ Shopping    ⋮ More      Settings    Tools

Page 10 of about 1,100,000 results (0.44 seconds)

### Asc - Currently Housed Inmates
https://www.caddosheriff.org › inmates
**VANCE**, SR, CURTIS, RAY, 11/29/2017, 59, M. 1107, View, BELL, ANDRE DEON, 11/29/2017, 24, M. 1108, View, EDWARDS, III, MORRIS, 11/28/2017, 40, M.

### Staff and Board — Bad Dog Theatre Company
https://baddogtheatre.com › staff-and-board ▼
Artistic & Managing Director **Vance** Gillis | vance@baddogtheatre.com. Academy & Corporate Director ... **Meagan** Crump Lindsay Woods Arun Kirupananthan

### Property Details - Chestnut Park
https://www.chestnutpark.com › mobile › details ▼
299 Goulais Avenue, Sault Ste. Marie (REF SM127184) $119,900. Listed By: Exit Realty Lake Superior. Bookmark and Share ...

### Employee Search Results - Online Directory
https://directory.kingcounty.gov › EmployeeList ▼
Jackson, **Meagan** . email Send Email · mejackson@kingcounty.gov. DPH/EHD ...... 206-263-3501. ADM-ES-0553. Employment Manager. Julien, **Vance** . email ...

### Find your favorite SLT instructor! - SLT
https://sltnyc.com › our-instructors ▼
Mark Osmundsen. NYC · SLT Instructor - **Meagan** Kolakowski ... Brooklyn, NYC · SLT Instructor - **Megan** Carmichael ... NYC · SLT Instructor - Rani **Vance** ...

### Meagan Grandgenett - Women's Track and Field - Augustana ...
https://goaugie.com › roster ▼
**Meagan** Grandgenett - 2011 (Junior): Indoor - finished fifth in pentathlon (3011 points) at NSIC Multis on Feb. 13 ... captured 60-meter hurdles (9.37 seconds)

### VGCC celebrates awarding of scholarships to 349 students ...
https://www.vgcc.edu › vgcc-celebrates-awarding-of-scholarships-to-349-s... ▼
Nov 14, 2019 - **Vance**-Granville Community College honored 349 students receiving .... of Henderson (Associate Degree Nursing) and **Megan** Stainback of ...

### Hamilton County inmate, 2 others charged for attempting to ...
https://www.wrcbtv.com › story › hamilton-county-inmate-2-others-charge... ▼
Hamilton County Sheriff's Office spokesman Matt Lea says 30-year-old **Megan** Beatty and 41-year-old Jon **Vance** were charged with criminal conspiracy for ...

### State of California - Department of Justice - Office of the ...
https://oag.ca.gov ▼
**Megan**'s Law. Information on registered sex offenders pursuant to California Penal Code § 290.46. Learn More. Medi-Cal Fraud and Elder Abuse. To report ...

### Missing Adults - Active Missing Persons
https://www.mshp.dps.missouri.gov › Search ▼
487, SHULTZ, **MEGAN** NICOLE, Female, White, 08/04/2006, 08/01/1982 .... 555, **VANCE**, JAMES JUNIOR, Male, Black, 05/02/2019, 05/26/1969, Vinita Park PD ...



‹ Goooooooooogle ›

Milwaukie, Oregon - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Gogle

meagan vance

🔍 All  🖼 Images  📰 News  ▶ Videos  🏷 Shopping  ⋮ More          Settings  Tools

Page 11 of about 1,100,000 results (0.42 seconds)

### Obituary | Patricia Carol O'Brien-Perfin of Marion, Virginia ...
https://www.cravens-shires.com › obituary › patricia-perfin ▾
May 3, 2019 - View The Obituary For Patricia Carol O'Brien-Perfin of Marion, Virginia. Please join us in Loving, Sharing and Memorializing Patricia Carol ...

### Meet The Team | Close Concerns
https://www.closeconcerns.com › meet-the-team ▾
Lisa **Vance** joined Close Concerns as a summer associate in 2011. ..... At Dartmouth, **Megan** is a member of the Nathan Smith Society Executive Board, and she ...

### Contributions to the tribute of Vance Balsor | Serenity Funeral ...
https://serenityfuneralhome.ca › details › Vance-Balsor › condolences ▾
Dear Family of **Vance** Balsor, Please accept my condolences on your loss. I found comfort in the hope for our dear loved ones that is expressed in the Bible at ...

### [DOC] Pennsylvania Game Commission - PA DGS - PA.gov
https://www.dgs.pa.gov › About › Documents ▾
Thorpe **Meagan** 787-7015. Marketing Division ... **Vance** Deana 787-4076. Administrative ... **Vance** Deana PGC 2001 Elmerton Ave 787-4076. Watkins Michael ...

### Hughes Hubbard & Reed
https://www.hugheshubbard.com ▾
International firm: business and financial law, litigation, arbitration, and ADR.

### 1885 - Fubar Users 3
fubar.com › ... ▾
Haii the names Megan(: Im 22 years young haha :3 Im single and loving it!! ;D Im kind of a nerd when it comes to certain things(: haha My life ... **Megan Vance**.

### [PDF] Warrants List November 22, 2019 - City of Great Falls Montana
https://greatfallsmt.net › sites › default › files › fileattachments › warrants
Nov 22, 2019 - **Meagan**. Diann. F. 285 TK-275-2019-0005170 10/16/2019 00:00:00 ...... **Vance**. Elwood. M. 265 TK-275-2018-0001999 9/9/2019 00:00:00.

### The Cutest Couples At The 2019 Academy Awards - Refinery29
https://www.refinery29.com › ... › Entertainment › Movies › Pop Culture ▾
Feb 24, 2019 - Actress **Meagan** Good and her husband, producer DeVon Franklin, wrote a ... Angela Bassett and her husband, Courtney B. **Vance**, are spotted ...

### exempted village school district - New Richmond Exempted ...
www.nrschools.org › protected › ArticleView ▾
District art teachers (from Left) Adrian **Vance** Hawk, Amy Cholkas, Amy ... teachers (from right) Michelle Jackson, Rachel Fehr, **Meagan** Bowling (sudent teacher ...

### [PDF] Toledo Public Schools Directory
https://www.tps.org › images › TPSStaffDirectory › TPSDirectory ▾
4 days ago - Joshua **Vance**. Dean of Students. Dean of Students .... MKERR1@TPS.ORG. **Megan** Kerr .... **Megan** Randolph. Counselor. FWILSON@TPS.

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google

meagan vance

🔍 All    🖼 Images    📰 News    ▶ Videos    🏷 Shopping    ⋮ More        Settings    Tools

Page 12 of about 1,100,000 results (0.46 seconds)

Including results for **_megan_ vance**

Search only for meagan vance

### Coaster Home Furnishing | Appliances Connection
https://www.appliancesconnection.com › Home Furnishing
Series: Barzini; Size: California King; Length: 94"; Width: 93.75"; Height: 62.75"; Type: Panel. List Price:$977.00. Save:$318.01 (32.55%). Our Price: $658.99.

### Mooney on Theatre
https://www.mooneyontheatre.com ▾
Review: The Ward Cabaret (DB Works & The Ward Productions with Harbourfront Centre Theatre) · December 16, 2019 **Megan** Mooney 2 Comments.

### Team: The Driving Force Behind Our Work - Searle Creative ...
https://searlecreative.com › team ▾
Josh **Vance** ... The office "Girl Friday" and resident free spirit, **Megan** has a variety of experience in different fields that she draws upon in her work as a ...

### Office Christmas Party (2016) - IMDb
https://www.imdb.com › title ▾
★★★☆☆ Rating: 5.8/10 · 62,419 votes
Olivia Munn ... Tracey Hughes · T.J. Miller ... Clay Vanstone · Jennifer Aniston ... Carol Vanstone · Kate McKinnon ... Mary · Courtney B. **Vance** ... Walter Davis.

### Team - Ideas Collide
ideascollide.com › team ▾
Matthew Clyde. President & Co-Founder. Matt combines the vision of a marketing innovator with the passion of a lifelong learner. He actively invests in the ...

### OUR SCHOOL | ACYI - Wix.com
https://kristinemillett13.wixsite.com › acyi › our-school ▾
Principal **Megan**.Bushnell@besd.net ... Myers, **Megan** 7th Comp/Business **Meagan**.Myers@besd.net ... **Vance**, Michelle 6th LA / ST-SK Michelle.**Vance**@besd.

### Teacher - Public pay: Government and teacher salaries for St ...
https://graphics.stltoday.com › apps › payrolls › salaries › teachers › position ▾
Braswell, Scott, Mccluer North High, $74,310.00, $74,310.00, 18, 18. Brege, **Megan**, Ferguson Middle, $46,817.00, $46,817.00, 2, 5. Brenson, Teonna, Johnson ...

### Fundraiser for Sheila Layman by Molly Wickline : Megan ...
https://www.gofundme.com › dusten-vance ▾
Sep 3, 2018 - Molly Wickline **Megan** Renee Thomas As many of you know **Megan** tragically lost her life in an ATV accident on September 2, 2018.

### Meagan Vance in Oregon | 1 Record Found | Spokeo
https://www.spokeo.com › People › Meagan Vance
Find **Meagan Vance** in Oregon: phone number, address, email and photos. Spokeo is a leading people search directory for contact information and public ...

### Meagan Vance (Alyssa), 29 - Portland, OR Background ...
https://www.mylife.com › People Search › OR › Portland › Meagan Vance ▾

FREE Background Report & Reputation Score (3.95) for **Meagan Vance** in Portland, OR - View Criminal & Court Records | Photos | Address, Email & Phone | Personal Review



● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

G**O**gle    meagan vance

All    Images    News    Videos    Shopping    ⋮ More        Settings    Tools

Page 13 of about 1,100,000 results (0.45 seconds)

### Wendy Tierney | TheUnion.com
https://www.theunion.com › news › wendy-tierney ▾
Nov 2, 2004 - ... nieces Shannon Yelton Newell of California, Brina Vance and **Meagan Vance**, both of Texas, Samantha Brown and Alexia Tompkins, both of ...

### Man crashes into telephone pole, cutting car in half | WOAI
news4sanantonio.com › news › local › man-crashes-into-telephone-pole-c... ▾
Officials say a man driving down **Vance** Jackson lost control of his car early Saturday before crashing into a pole. According to officers on the scene, the 23-year-old man was driving south in the 14800 block of **Vance** Jackson near UTSA Blvd., when he lost control. The car ended up ...

### The Century Illustrated Monthly Magazine
https://books.google.com › books
1898
...John **Vance** Cheney . . . . . . . 329 (ALL 'AT 's OUT '3 IN FREE» . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .L. T. .... .George **Meagan** Whieher . . . . 159 Possum .'. ...

### Meagan Vance: Exit Realty Lake Superior - Sudbury.com
https://www.sudbury.com › directory › exit-realty-lake-superior-87 › contact ▾
About Exit Realty Lake Superior. Exit Realty Lake Superior is a Real Estate Brokerage operating in Sault Ste Marie, Ontario. EXIT Realty Lake Superior was ...

### Education: UNCC announces academic list - Salisbury Post ...
https://www.salisburypost.com › 2009/12/01 › education-uncc-announces-... ▾
Dec 1, 2009 - ... Travis Jordan, Jordan Lyerly, Megan McManamon, Amanda Nelson, ... Lindsay Rodgers, Taylor Simmons, **Meagan Vance**, Leah Williams.

### Walter Noyes Obituary - North Palm Beach, FL
https://www.dignitymemorial.com › obituaries › walter-noyes-5767618 ▾
Dec 7, 2013 - Great neice and nephews, Joseph R. Mennine, James Spencer, **Meagan Vance**, Hailey and Nicholas Campbell. Walter is predeceased by his ...

### Records Relating to the Early History of Boston
https://books.google.com › books
Boston (Mass.). Registry Department - 1903 - Boston (Mass.)
... Edwards Timothy Langdon, of Pownalburrough & Mrs. Sarah **Vance** William ... Susannah Purceful John Keton & Mary Kenney Salvester **Meagan** & Nansy ...

### Document - Page 431 - Google Books Result
https://books.google.com › books
Boston (Mass.) - 1903
13, 1771 Timothy Langdon, of Pownalburrough & Mrs. Sarah **Vance** Aug. 15, 1771 William Green ... 25, 1772 Salvester **Meagan** & Nanay Atwood Jan. 29, 1772 ...

### A Volume of Records Relating to the Early History of Boston
https://books.google.com › books
1903 - Boston (Mass.)
... Edwards ' Timothy Langdon, of Pownalburrough & Mrs. Sarah **Vance** William ... Susannah Purceful John Keton & Mary Kenney Salvester **Meagan** & Nansy ...

### United States Official Postal Guide ... - Page 625 - Google Books Result
https://books.google.com › books
United States. Post Office Department - 1912 - Postal service

Rocksprings (ch), **Vance**. ... Clairetton-l, Еду _3nd, Dublin-9, Thalia-1, Harbin, Уши. Huckabay-2, Лондонской-1. .... Гоод1967. Мэдіgan Mb. kuinte int ...



‹   Previous      8    9    10  11  12  13  14  15  16  17      Next   ›

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help      Send feedback      Privacy      Terms



meagan vance

🔍 All    🖼 Images    📰 News    ▷ Videos    🏷 Shopping    ⋮ More          Settings    Tools

Page 14 of about 1,100,000 results (0.50 seconds)

**Meagan Tierney Vance (deceased) - Genealogy - Geni**
https://www.geni.com › people › Meagan-Tierney-Vance
May 8, 2017 - Genealogy for **Meagan** Tierney **Vance** (deceased) family tree on Geni, with over 190 million profiles of ancestors and living relatives.

**ICC Newsroom | ICC releases honors list for 2019 fall semester**
www.iccms.edu › Newsroom ▼
... Amory – Peyton Michael Avery, **Megan** A. Ballard, William Stephens Bishop, ..... Saltillo – Addison Elizabeth Priest, Ally Jean Cleveland, Antonio L. **Vance**, Asil ...

**Union Public School District Term 2 Honor Roll | Newton ...**
https://www.newtoncountyappeal.com › social-schools › union-public-sch... ▼
Jan 26, 2018 - ... **Meagan** Graham, Zac LeBlanc, Genesis Robinson, Seth Sessums, Olivia Smith, Bree Sullivan, Karlie Thompson, J. T. **Vance**, Kayleigh ...

**Elgin Integral Health Centre, located downtown Sault Ste. Marie**
https://cafenatura.ca › about-cafe-natura › elgin-integral-health-centre ▼
**Meagan Vance** is a Registered Massage Therapist since 2000. Massage therapy is a safe and effective way of restoring normal muscle and joint function, ...

**3 arrested after Sheriff's Office uncovers smuggling attempt at ...**
newschannel9.com › news › local › 3-arrested-after-sheriffs-office-uncovers... ▼
Feb 20, 2018 - **Megan** Beatty and Jon **Vance** been charged with criminal conspiracy to smuggle contraband into a penal facility and possession of a controlled ...

[PDF] **Untitled - KHSAA**
https://khsaa.org › Publications › Programs › Cheer ▼
Jan 26, 2013 - rissa Russell, Morgan Saylor, Brooke Sweeney,. Mackenzie Terry, Morgan Terry, Lauren Turner,. **Megan Vance**, Lauren Vincent, Alexis Walsh.

**In Memory of Johnnie Vance Byrom, Jr. -- SMITH FUNERAL ...**
www.smithfuneralhomesapulpa.com › memsol
Mar 30, 2015 - Johnnie **Vance** Byrom Jr, 42, of Sapulpa, passed away Monday, March ... and two siblings **Meagan** Byrom, of Sapulpa , and Jarrett and his wife ...

**Meagan Marie Vance of Florida, arrests, mugshots, charges ...**
https://arrestfacts.com › Meagan-Vance-50113 ▼
**Meagan** Marie **Vance**. Jail Location. Florida. 27yo. White Female. 5' 10" (1.78m). 130lbs (59kg). **Meagan** Marie **Vance**. Information Control ...

**Meagan Vance Phone, Email, Address, Facebook, Instagram ...**
https://www.peoplelooker.com › ... › Vaca to Vankirk › Vance to Vance ▼
9 records - Lookup **Meagan Vance** Facebook profile, Instagram account, phone number, age, current house address, email address and more. We found 9 ...

**DA Vance: Shaun Martin Sentenced to 20 Years-to-Life in ...**
https://www.manhattanda.org › da-vance-shaun-martin-sentenced-20-years... ▼
Nov 4, 2016 - Manhattan District Attorney Cyrus R. **Vance**, Jr., today announced the ... Assistant District Attorneys James Lin and **Megan** Joy provided ...



⬤ **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Google

meagan vance

🔍 All   🖼 Images   📰 News   ▷ Videos   🏷 Shopping   ⋮ More          Settings   Tools

Page 15 of about 1,100,000 results (0.50 seconds)

### Don't Let Liberals Write Off Workers in "Flyover Country"
https://www.jacobinmag.com › 2019/12 ▾
It highlights the nature of a new American genre: supposed redneck insiders like J. D. **Vance** in Hillbilly Elegy interpreting foreign lands for those bewildered by ...

### Arrested: Sullivan County mugshots ... - Kingsport Times-News
https://www.timesnews.net › gallery › Arrested-Sullivan-County-Sheriff-s-... ▾
Jan 4, 2017 - Individuals recently booked into the Sullivan County jail in Blountville. All suspects are innocent unless proven guilty in a court of law.

### Round Lake Schools CUSD 116 / Homepage
https://www.rlas-116.org ▾
Round Lake High School · John T. Magee Middle School · Round Lake Middle School · Beach Elementary · Ellis Elementary · Indian Hill Elementary · Murphy ...

### Meagan Sullins Obituary - Opa Locka, Florida - Tributes.com
www.tributes.com › show › Meagan-Tierney-Vance-Sullins-102294808 ▾
Mar 10, 2015 - Death record and obituary for **Meagan** Tierney **Vance** Sullins from Opa Locka, Florida.

### :: Vance Family :: North Texas Family Photographer :: Lifestyle ...
https://rachelmeaganphotography.com › vance-family-north-texas-family-... ▾
Nov 21, 2013 - **Vance** Family :: North Texas Family Photographer :: Lifestyle Photography by Rachel **Meagan** Photography :: {Blog} - Families. /. November 21 ...

### Meagan Vance - 16 Public Records Found - Instant Checkmate
https://www.instantcheckmate.com › ... › Last Name (V) › Meagan Vance ▾
**Meagan Vance** - Address, Phone Number and Public Records.

### Video Page 7 | | Chicago News | WTTW
https://news.wttw.com › video ▾
(**Meagan** Davis / Wikimedia Commons). Latest Corruption Charge Has Legislators ... After Striking Cyclist Racked Up Overtime Pay · (Steven **Vance** / Flickr) ...

### Tina Knowles-Lawson, Grace Byers, Meagan Good, Michelle ...
https://www.iamscooda.com › post › tina-knowles-lawson-grace-byers-mea... ▾
Aug 31, 2019 - Tina Knowles-Lawson, Grace Byers, **Meagan** Good, Michelle Williams, Courtney B. **Vance**, Featured At The. tina-knowles. The Merge Summit ...

### [PDF] County Clips - Madison County, AL
https://www.madisoncountyal.gov › home › showdocument ▾
Aug 10, 2017 - Gwendolyn Winslett. Personnel. 27. Coy Phillips. Sharon Johnston Park. 27. **Megan Vance**. Sharon Johnston Park. 27. Brandi Honey-Lanford.

### Laramie County Community College announces fall 2015 ...
lccc.wy.edu › news ▾
Jan 25, 2016 - ... Lindsey Sand, DS; Christine Stimson, HD; **Megan** Valle; Laura Weil; .... Sara **Vance**, Katlynn Vanhartingsveldt, **Megan** Vining, Cole Vizina, ...

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google

meagan vance

🔍 All    🖼 Images    📰 News    ▶ Videos    🏷 Shopping    ⋮ More       Settings    Tools

Page 16 of about 1,100,000 results (0.49 seconds)

### Cedric The Entertainer, Courtney B. Vance, Michelle Williams ...
https://www.broadwayworld.com › los-angeles › article › Cedric-The-Ente... ▾
Aug 12, 2016 - Cedric The Entertainer, Courtney B. **Vance**, Michelle Williams, DeVon Franklin,
**Meagan** Good Franklin To Educate, Empower, and Inspire At ...

### BOYKO MARY - Winnipeg Free Press Passages
https://passages.winnipegfreepress.com › passage-details › Boyko_Mary ▾
Mar 14, 2016 - ... Miranda, Shamus, Adam, Savannah, Devon, **Meagan**, **Vance**, Jodie, Kaitlyn,
Paris, Payton, Piper and Paige, and many great-grandchildren.

### My Business - MILL CREEK C&C TUG COMMUNITY
shinbrierwv.com › mill_creek_cc_tug_community ▾
Aug 26, 2005 - ... Rhonda Vance and husband Mickey; and two very special great-great nieces,
Sara Perfin and **Meagan Vance**, Bonnie Hodge of Rocky Gap, ...

### Reporting | Pulitzer Center
https://pulitzercenter.org › reporting ▾
A collection of reporting from Pulitzer Center grantees featuring international news stories
published by media outlets from around the world, as well as reporting ...

### Northern Advantage - the Island Clippings!
www.islandclippings.com › issues › issue_1013 ▾
Oct 15, 2015 - Email: karilynngamble@hotmail.com. Kari Gamble, RMT. Registered Massage.
Therapy. **Meagan Vance** RMT. Registered Massage Therapist.

### Meagan Vance Facebook, Twitter & MySpace on PeekYou
https://www.peekyou.com › meagan_vance ▾
Looking for **Meagan Vance** ? PeekYou's people search has 17 people named **Meagan Vance** and
you can find info, photos, links, family members and more.

### Friday's basketball roundup (college, prep) | Sports ...
https://www.muskogeephoenix.com › sports › friday-s-basketball-roundup-c... ▾
Cenia Hayes led the RiverHawks with 20 points, 5 assists and 8 rebounds. **Meagan** Lee had 19
points and Britney Ho had 13. NSU had a 50-36 edge in points ...

### Unadilla Valley/Unatego takes down host Cooperstown/Milford
https://www.thedailystar.com › sports › unadilla-valley-unatego-takes-down-... ▾
Cooperstown got an 11-point, 19-rebound double-double from **Meagan** Schuermann in a Center
State Conference Division III win over host Westmoreland.

### Raiford's Hollywood Disco at 115 Vance Ave. is undergoing a ...
https://www.bizjournals.com › memphis › news › 2017/01/12 › original-ra... ▾
Jan 12, 2017 - By **Meagan** Nichols ... Raiford's Hollywood Disco at 115 **Vance** Ave., which closed
in 2007 after 32 years in business, is being transformed to ...

### Celebrations | rheaheraldnews.com
www.rheaheraldnews.com › celebrations ▾
... Briana Danielle Farley to Travis **Vance** Purser, son of Gary and Lori Purser of ... engagement
and forthcoming marriage of their daughter **Meagan** Swatzell to ...



‹  Gooooooooogle  ›

Previous    11 12 13 14 15 16 17 18 19 20    Next

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Go🐧gle

meagan vance                                                                 🔍

🔍 All    🖼 Images    📰 News    ▶ Videos    🏷 Shopping    ⋮ More          Settings    Tools

Page 17 of about 1,100,000 results (0.53 seconds)

Notes from the Field: Baylisascaris procyonis ... - Europe PMC
https://europepmc.org › articles › pmc5772797
by V Kawakami · 2018 · Related articles
Jan 19, 2018 · **Vance** Kawakami, DVM, corresponding author ... Mosser, MD,[5] Jesse Bonwitt, BVSc,[2,6] Matthew P. Kronman, MD,[5] and **Meagan** Kay, DVM[1] ...

[PDF] C Section.indd - townnews.com
bloximages.chicago2.vip.townnews.com › tncms › assets › editorial ▾
May 20, 2012 · Megan Dauphinee. Ryan Drake · Palmer Dreyer ... Megan Hogate. Destiny Jenkins. Shawn Kelly .... **Meagan Vance**. Heather Vandermartin.

Orangeburg neighbors: Recently published obituaries | Local ...
https://thetandd.com › news › orangeburg-neighbors-recently-published-obit...
DENMARK — Funeral services for Randell L. Wise, 48, of 748 Butler St., will be held at 1 p.m. Monday, Dec. 23, 2019, at Mount Zion Baptist Church, with the ...

Meet the Sales, Service & Other Teams at Vance Chevrolet ...
https://www.vancechevrolet.net › MeetOurDepartments ▾
The foundation of Vance Chevrolet Buick GMC's success are the various ... Why should you buy from Vance Chevrolet Buick GMC? ... **Megan Vance** Ochs.

195 Main Street, Sterling, NE 68443 | Berkshire Hathaway ...
https://www.bhhsamb.com › real-estate › 195-main-street-sterling-ne-68443 ▾
195 Main Street, Sterling, NE, 68443, Residential, 3 Beds, 1 Full Bath, 1 3/4 Bath, Sterling real estate.

7546 South Street, Lincoln, NE 68506 | Berkshire Hathaway ...
https://www.bhhsamb.com › real-estate › 7546-south-street-lincoln-ne-685... ▾
7546 South Street, Lincoln, NE, 68506, Residential, 3 Beds, 1 Full Bath, 1 3/4 Bath, 1 Half Bath, Lincoln real estate.

Misfit toys: 12 offbeat Christmas movies to stream this winter ...
https://www.techhive.com › article › 20-offbeat-christmas-movies-to-strea... ▾
5 days ago · Olivia Munn, Kate McKinnon, Courtney B. **Vance**, Jillian Bell, Rob Corddry, ... A woman (**Meagan** Karimi-Naser) comes in just before closing, ...

Freshwater mussels are dying in Tennessee Clinch River, but ...
https://www.freep.com › story › news › nation › 2019/12/17 › freshwater-m... ▾
6 days ago - (Photo: **Meagan** Racey, AP). Richard slogged through thigh-deep water in search of pheasantshell mussels, until recently one of the most ...

Vance County Zoning | Vance County NC
www.vancecounty.org › departments › planning-and-development › zoning ▾
**Vance** County has adopted a county-wide zoning ordinance. Every parcel of land has a specific zoning designation which carries allowable uses.

Freshwater mussels are dying in Tennessee Clinch River, but ...
https://www.clarionledger.com › story › news › nation › 2019/12/17 › fresh... ▾
(Photo: **Meagan** Racey, AP). Richard slogged through thigh-deep water in search of pheasantshell mussels, until recently one of the most abundant species on ...



Previous    10 11 12 13 14 15 16 17 18 19    Next

● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google    meagan vance

All    Images    News    Videos    Shopping    More      Settings   Tools

Page 18 of about 1,100,000 results (0.55 seconds)

**2nd Annual #RISEabove Rebel Shootout was huge success ...**
https://www.thelevisalazer.com › Content › Sports ▾
**Meagan** Helton Speaking to Lenore and Crum Girls before they faced off. The Tournament wouldn't be possible without our sponsors. #RISEabove

**Stamps Dot Com News**
fdal.brandcrane.de › stamps-dot-com-news ▾
Col Corey Simmons, commander of the 71st Flying Training Wing at **Vance** Air ..... **Meagan** soon realized that people were drawn to the look of the stamped ...

**Gary Vance - Phone, Address, Background info | Whitepages**
https://www.whitepages.com › name › Gary-Vance ▾
Gary Lee Vance ... **Meagan Vance** • Lora B Yapp • Betty Hurt Griffith • Danne M Vance • Danne ... Alta S Vance • Terrance Lamont Vance • Clifford E Vance.

**Geelong VCE top scorers: study scores revealed | Geelong ...**
https://www.geelongadvertiser.com.au › education › schools-hub › news-story ▾
**Meagan** FRANCIS, Kardinia International College. Mitchell GLYNNE, Kardinia .... Teaghan **VANCE**, Trinity College Colac. 40. Kayla ANDERSON-BAKER, Saint ...

**Sf722 Bloating - Heilmagnetismus Heil-Magnetismus**
tlxq.heil-magnetismus.de › sf722-bloating ▾
My Story On Overcoming Candida Naturally While Pregnant **Meagan** is a registered .... Mary **Vance**, NC on 12 September, 2018 at 12:32 pm Jeremy, because S.

**Roll Bounce After Effects**
peef.djsaxobeat.de › roll-bounce-after-effects ▾
... comedy-drama film written by Norman **Vance** Jr. " (submitted by Amanda). .... Roll Bounce is a movie starring Shad Moss, Nick Cannon, and **Meagan** Good.

**Best Hamish Podcasts (2019) - Player FM**
https://player.fm › podcasts › Hamish ▾
... WilliamsExecutive Producer: **Meagan** LoaderSound Engineers: John Jacobs, .... Guests: **Vance** Powell, Michael Beinhorn, Russell Wolff, Graham Cochrane, ...

**May Irwin / Clarice Vance - The High Priestess of Jollity & The ...**
https://bands.digitalks.it › Rock and Pop ▾
flac May Irwin / Clarice **Vance** - The High Priestess of Jollity & The Southern Singer album download. ... **Meagan** Hennessey - Package Design, Producer

**Debra Vance, Kentucky - KY | Found at 24 Locations ...**
https://www.beenverified.com › ... › Vance to Vance › Debra Vance ▾
We found Debra Vance in Kentucky. ... The average Debra Vance is around 59 years of age with around 57% falling in to the age group of .... **Meagan Vance**.

**D. Vance Smith | Department of English**
https://english.princeton.edu › people › d-vance-smith ▾
Ph.D. University of Virginia. D. **Vance** Smith is a medievalist who grew up in Africa, learning isiNdebele along with English as a member of the Khumalo clan of ...

< Goooooooooogle >

⬤ **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help        Send feedback        Privacy        Terms

Go*gle    meagan vance

🔍 All    🖼 Images    📰 News    ▷ Videos    🏷 Shopping    ⋮ More          Settings    Tools

Page 19 of about 185 results (0.58 seconds)

### Squad Ya Book - Dodel-Creative-Art
xekg.dodel-creative-art.de › squad-ya-book ▾
Julie | **Megan** Just a Ravenclaw and a Slytherin making their way through the world, one book at
a ... Cady **Vance** YA and NA Writer of all things Speculative.

### Saw 3d Cast - Dr. Volker Pannen
ulxn.volker-pannen.de › ... ▾
... Betsy Russell, Mark Rolston, Julie Benz, Greg Bryk, Carlo Rota, and **Meagan** ... boost sales for
the upcoming 3d movie release. net> My thanks to **Vance** and ...

### Mcgee Ncis Died - wortwinkel.de
fujo.wortwinkel.de › mcgee-ncis-died ▾
**Meagan**. The Largest Collection of TV spoilers and show information for the .... in by Leon **Vance**
the Director they also found that Harry Potter-Evans was also ...

### Wrc 4 News Dc - diwe-media.de
fmqa.diwe-media.de › wrc-4-news-dc ▾
Latest News4's **Meagan** Fitzgerald News from NBC affiliate WRCW-TV (nbcwashington ..... While
the late Jim **Vance** of WRC Washington achieved extraordinary ...

### Meagan Stroud - Address, Phone Number, Public Records ...
https://radaris.com › Meagan › Stroud ▾
20 people named Meagan Stroud living in the US. Meagan M Stroud age: ~28. Known as:
Meagan M **Vance**, **Megan Vance**. Related to: Dorothy Stroud, 84Joe ...

### Meagan Azera in West Jordan, UT (Utah) - View Public Record
https://www.fastpeoplesearch.com › meagan-lynn-azera_id_G16647214334... ▾
Meagan Azera is 29 yrs old and lives on S 3200 W in West Jordan, UT. ... Marshall Harding •
Matthew Conder • **Megan Vance** • Nathan Kirkham • Nelisa Havili ...

### 517-803-7603 / 5178037603 Owner Profile | Reverse-Lookup.co
https://www.reverse-lookup.co › ... ▾
517-803-7603 belongs to LANSING, MI and is operated by Verizon Wireless. Click to see detailed
owner information such as name & address.

### Venom Clean
ajif.5watches.de › venom-clean ▾
**Vance** Outdoors reserves the right to modify or change pricing information or .... With Agnes
Bruckner, Jonathan Jackson, **Meagan** Good, Bijou Phillips.

### Hamilton, Canada - Whirlblast | 289-994 Phone Numbers
whirlblast.xyz › ... ▾
**Meagan** Riles. 289-994-4283. Hektore Keylon. 289-994-2949. Traicy Lachman .... Garritt **Vance**.
289-994-0568. Katheryn Knopf. 289-994-5559. Achille Savino.

### Megan Vance | The Gazette
https://www.thegazette.com › megan-vance-20151220-0001088512-01 ▾
Dec 20, 2015 - **MEGAN VANCE** Walford On Dec. 18, 2015, Megan Diane Vance, 29, lost a long
courageous battle with Stage 4 metastatic melanoma. Megan ...

*In order to show you the most relevant results, we have omitted some entries very
similar to the 190 already displayed.*

*If you like, you can repeat the search with the omitted results included.*


● **Milwaukie, Oregon** - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google

meagan vance

🔍 All   🖼 Images   📰 News   ▶ Videos   🏷 Shopping   ⋯ More          Settings   Tools

About 1,100,000 results (0.31 seconds)

### Vance, Meagan / Meagan Vance - Portland Public Schools
https://www.pps.net › domain ▾
**Meagan Vance.** A - Day. Period 1 - Prep. Period 2 - Academic Skills Center 11-12. Period 3 - Academic Skills Center 11-12. Period 4 - Push-In Geometry. B-Day.

### Meagan Vance Profiles | Facebook
https://www.facebook.com › public › Meagan-Vance ▾
View the profiles of people named **Meagan Vance.** Join Facebook to connect with **Meagan Vance** and others you may know. Facebook gives people the power ...

### Meagan Vance (@memiva) | Twitter
https://twitter.com › memiva ▾
**Meagan Vance.** memiva. Following 315. Likes 7,942. Unmute @memiva Mute @memiva Follow Follow @memiva Following Following @memiva Unfollow Unfollow @memiva Blocked Blocked @memiva Unblock Unblock @memiva Pending Pending follow request from @memiva Cancel Cancel your follow request to @memiva.

### MEAGAN VANCE | REALTOR.ca
https://www.realtor.ca › agent › meagan-vance-207-northern-ave-e---suite-1... ▾
Detailed profile for **MEAGAN VANCE**, of 207 Northern Ave E - Suite 1 SAULT STE. MARIE, Ontario P6B4H9, in SAULT STE. MARIE, Ontario.

### MEAGAN VANCE - Real Estate Agent | The Real Estate Book
https://www.realestatebook.com › agent ▾
Find more information about Real Estate Agent **MEAGAN VANCE** in with Exit Realty Lake Superior.

### Images for meagan vance

    

→ More images for meagan vance                    Report images

### 4 Meagan Vance profiles | LinkedIn
https://www.linkedin.com › pub › dir › Meagan › Vance ▾
View the profiles of professionals named **Meagan Vance** on LinkedIn. There are 4 professionals named **Meagan Vance**, who use LinkedIn to exchange ...

### Meagan Vance - Developer - nerdparty | LinkedIn
https://www.linkedin.com › meagan-vance-349708119 ▾
Portland, Oregon - nerdparty
View **Meagan Vance's** profile on LinkedIn, the world's largest professional community. Meagan has 1 job listed on their profile. See the complete profile on ...

### Barber v. Vance, Case No. 3:16-cv-2105-AC | Casetext
https://casetext.com › ... › D. Oregon › 2019 › January › Barber v. Vance ▾
... the statute clearly does not... 1 Citing case. Case No. 3:16-cv-2105-AC. 01-18-2019. BENJAMIN BARBER, Plaintiff, v. **MEAGAN VANCE**, et. al, Defendants.

### Benjamin Barber v. Meagan Vance, et al 19-35778 | U.S. ...
https://dockets.justia.com › ... › U.S. Court of Appeals, Ninth Circuit ▾
Sep 12, 2019 - Other case filed on September 12, 2019 in the U.S. Court of Appeals, Ninth Circuit.

 ›

---

**Contacts**
Only you can see this result

**Meagan Vance**
Other, Mobile

**Meagan Vance**
Other, Mobile

**Meagan Vance**
Other, Mobile, Work




meagan vance

Milwaukie, Oregon - Based on your Location History - Use precise location - Learn more

Help    Send feedback    Privacy    Terms