# Appendix

**Table of Contents**

| Page | Exhibit name | Cited by page |
|------|-------------|---------------|
| 1 | Marraige contract agreeing to transparency and ability to disseminated | 20 |
| 2-3 | Further agreement to "complete transparency" | 20 |
| 4-5 | District attorney notifies court of ineffective access claim | 21 |
| 6 | Vance admits that we had considered making Commercial Porn | 21 |
| 7 | Vance in 2011 stated she cant do normal sex, needs kinky sex in her life. | 21 |
| 8 | Solicitation to produce commercial porn | 21 |
| 9 | Vance's attorney tells her she can use the law even absent of dissemination | 22 |
| 10-11 | Vance gives the her friend access to the porn and they use it as blackmail | 22 |
| 12-13 | Id | 23 |
| 14 | The evidence cited in that testimony | 23 |
| 15-16 | The statement relied on by her accomplices | 23 |
| 17-18 | Impeachment for bias, which trial counsel failed to authenticate | 23 |
| 19-22 | Jury Instructions by trial counsel | 23 |
| 23 | Witness list by trial counsel | 23 |
| 24-26 | Documents not introduced that impeach claim that they would not be posted | 23 |
| 27 | Perjured probable cause affidavit | 24 |
| 28-29 | Police report about the location | 24 |
| 30 | Victims report about the location | 24 |
| 31 | Investigator's testimony he did not get any IP address from search warrant | 25-26 |
| 32 | Email response saying IP addresses will be sent, which is not disclosed. | 25-26 |
| 33-34 | Report from the officer 17 days after the phone call | 26 |
| 35 | Testimony in court from the officer claiming not reading the emails. | 26 |
| 36-39 | Emails sent to the officer he claims to have not read. | 26 |
| 40 | Officer testifies that he didn't record conversation he needs special equipment | 26 |
| 41 | District attorney – testimony – collateral estoppel – public figures | 27 |
| 42-43 | District attorney – probation revocation filing – petitioner is public figure | 27 |
| 44 | District attorney – testimony – collateral estoppel – previous conduct is consent | 27 |
| 45 | Admission by putative victim that she sent that she did consent to sending the images. | 27 |
| 46-47 | Police report that putative victim said there was an agreement the wouldn't be shared. | 27 |
| 48 | Jursdiction – removal to federal court | 28 |
| 49 | Copyright registration | 28 |
| 50 | Previous PCR with both petitioners | 28 |

Marriage Contract

## I.    The Authority

In the Name of God, our Father, and the Lord Jesus Christ, we, Benjamin J Barber and Meagan A Vance, hereby, before these witnesses, are joined in holy matrimony, as God intended in Genesis 2: 21-25, from this day forward until death. The Authority in and for this marriage shall be Almighty God as revealed in the Holy Bible.

## II.    The parties

Benjamin J Barber is a man of sound mind and character, and of lawful age. Meagan A Vance is a woman of sound mind and character, and of lawful age

## III.    The Benefits

Both of the parties shall have the usual and customary duties of marriage including, but not limited to, the following:

Mutual sexual congress

It is specifically agreed that each party will endeavor to maintain normal standards of hygiene and physical fitness so as to remain attractive to the other, and agree to not to unjustly withhold sex from the other person.

Mutual society

Each party agrees to have transparency and provide access to their social interactions, including the ability to speak to members of ones social groups. Each party agrees to allow access to to social media, email, phone records, internet accounts, as long as it is not prohibited by an employer contract, in which case those accounts should not be used for personal use.

Mutual rearing of children

Each parents agree to mutual responsibility to their children, and in the event of divorce, agree to continue to support and rear the children. Custody of the children after divorce shall be determined by arbitration, but will consist joint custody with exceptions for a minimum of

Appendix Page 2
Messages

11/20/13

**Benjamin Barber**                                                                                          *9/11, 6:01pm*
and i believe that the important parts must be respected

    **Megapants Thunder Cats**                                                            *9/11, 6:01pm*
    yes

    **Benjamin Barber**                                                                  *9/11, 6:01pm*
    a) complete transparency at all times

    **Megapants Thunder Cats**                                                            *9/11, 6:01pm*
    ben

    **Benjamin Barber**                                                                  *9/11, 6:01pm*
    b) veto over member of the opposite sex

    **Megapants Thunder Cats**                                                            *9/11, 6:01pm*
    im not following the entire marriage contract as it is currently written

    **Benjamin Barber**                                                                  *9/11, 6:02pm*
    c) the despute resoluition process

    **Megapants Thunder Cats**                                                            *9/11, 6:02pm*
    we will go to counseling to review it

    and hopefully come to agreements

    i will no longer follow what i dont want to follow in my life

    and i am completely willing to compromise

    **Benjamin Barber**                                                                  *9/11, 6:02pm*
    you have to agree to those 3 terms

    they are not changing

    **Megapants Thunder Cats**                                                            *9/11, 6:03pm*
    im still working on my own counseling

    if you come right out and say three parts arent changing at all, i cant continue this

    we are both in control of our choices in this marriage

    **Benjamin Barber**                                                                  *9/11, 6:03pm*
    they are scientific rules

    **Megapants Thunder Cats**                                                            *9/11, 6:03pm*
    veto members of the opposite sex i agree to

    doesnt matter, ben

    **Benjamin Barber**                                                                  *9/11, 6:04pm*
    statistically they are among the most imprtant

Appendix Page 2

Appendix Page 3

11/20/13                                              Messages

**Benjamin Barber**                                                              9/11, 6:48pm

they are not changing, I have evidence, i can prove evidence, you have to change my mind

I demand complete transparency

    **Megapants Thunder Cats**                                 9/11, 6:48pm

    so its divorce?

    **Benjamin Barber**                                         9/11, 6:49pm

    always honesty with your partenr

    **Megapants Thunder Cats**                                 9/11, 6:49pm

    i will do complete transparency for two years

    **Benjamin Barber**                                         9/11, 6:49pm

    nothing to hid

    **Megapants Thunder Cats**                                 9/11, 6:49pm

    it could get exhausting

    i agree with complete honesty

    **Benjamin Barber**                                         9/11, 6:49pm

    we cant be working off of seperate knowledge

    **Megapants Thunder Cats**                                 9/11, 6:49pm

    but i would like to be heard and respected when i speak honestly

    **Benjamin Barber**                                         9/11, 6:50pm

    we have to have the same knowledge to come to descisions together

    **Megapants Thunder Cats**                                 9/11, 6:50pm

    so would you like to continue this later or choose divorce?

    **Benjamin Barber**                                         9/11, 6:50pm

    when you make secrets, you are betraying your spouse

    do you agree with that?

    **Megapants Thunder Cats**                                 9/11, 6:50pm

    understood, and i am deeply sorry, and i agree with that

    **Benjamin Barber**                                         9/11, 6:50pm

    that is why transparency always

    **Megapants Thunder Cats**                                 9/11, 6:51pm

    id rather not have friends than have friends when i could quickly not be honest

    **Benjamin Barber**                                         9/11, 6:51pm

    I wont write impersonate to be you

    I agree to add that

1                    THE COURT:  Okay.  Thank you.

2                    All right.  And so I understand that

3        there's some preliminary motions; is that correct?

4                    MS. ATWOOD:  Yes, Judge.

5                    THE COURT:  All right.  And, Ms. --

6        whose are they?

7                    MS. ATWOOD:  Well, I -- I kind of want

8        to bring something up before we get started with the

9        motions in limine.

10                   I was notified yesterday that this

11       defendant has elected to file a lawsuit against me in

12       federal court.  He came by the office yesterday and

13       also handed me a motion that was apparently filed

14       here in circuit court requesting a number of things.

15                   Let's see here.  It's a motion to

16       acquit, notice of removal to federal court to track

17       with the pending lawsuit.  It's my understanding he's

18       seeking a temporary restraining order against me and

19       has also sued the victim and her attorney.

20                   And in just glancing through the

21       paperwork that I've received so far, some of what he

22       discusses in his filings -- which appear to be pro se

23       at this point -- but I know that he has filed for an

24       attorney to represent him on those matters as well.

25                   Some of what he indicates has to do with

118

1    our case and proceeding with our case.  He states in

2    his motions that he does not feel that his attorney

3    is representing him the way that he wants to be

4    represented and that this proceeding cannot move

5    forward in any way until the resolution of his

6    pending federal action.

7              So I just wanted to notify the Court of

8    all of those sort of related but extraneous matters.

9    I was, basically, advised just to ask you how you

10   would prefer to proceed.  The victim is here today,

11   but she has not yet been served anything in terms of

12   her role in the federal case as a defendant.

13             She is still currently down in the

14   basement of the other building 'cause she was afraid

15   to come up here for fear that he would personally try

16   to serve her and potentially cause a violation of his

17   release conditions.  So there's kind of a lot going

18   on there.

19             But I just wanted to bring that to our

20   attention before we proceed with any substantive

21   issues.

22             THE COURT:  Okay.  And I don't find that

23   to be compelling in any way towards proceeding today.

24             MS. ATWOOD:  Okay.

25             THE COURT:  Mr. Taylor.

M. Vance - X                           272

1    of nude technology happening?

2         A    There was some that was consensual both

3    ways.

4         Q    Following up on that.  You guys had some

5    discussions about the idea of making more

6    pornography; is that correct?

7         A    One day when I was visiting, we had talked

8    about, "Oh, wouldn't that be interesting to make porn

9    together?  We could make a lot of money."  But then,

10   you know, within a short period of time, we'd

11   actually seriously talked about that and said, "No,

12   that's not -- that's not something for us."

13        Q    So --

14        A    That's an interesting thing for people to

15   do, but not for us when we're going into our careers.

16        Q    So there was certainly discussion about the

17   possibility of it happening and then you're saying

18   later you guys decided not to?

19        A    There was a mention of it and then a later

20   discussion and confirmation that, no, soon after.

21        Q    So I want to talk to you about 2015 some.

22        A    Okay.

23        Q    April, your testimony is that he made this

24   threat about a website?

25        A    Mm-hmm.

12/1/2016

—————————— November 26, 2010 ——————————



**Megapants Thunder Cats**                                                                      11/26, 5:54pm

Upon further reflection, experimentation, and rememberings, I have concluded this about my sexuality:
1. I can't get wet without you.
2. Moving slow works best. Even though I looooooove being pounded, it's not practical for the most amount of pleasure in the long run. Pounding is just sex, working slowly is making love.
-Making out for a long while
-both partners being equally intimate (both contributing some, not aggressive or submissive)
-being emotionally sweet beforehand or during
-having sex slowly for a long while until we both CANNOT hold out any longer (let's see how long we can last before going nuts!)
 all above are good ideas for this.  Then we can eventually get up to wild animal sex, and it will feel sooooo much nicer.
3. Using vibrations on my clitoris when I am close to orgasm causes me to orgasm…at least it did the one time I tried it with another.  So, maybe we can find some sort of finger vibrator for when you're pounding me doggy style?  Or for any time when I'm close?  So when I'm going nuts but haven't orgasmed yet, vibrate my clitoris and it will be too much for me to possibly hold back any longer.  (I've never been pounded and vibrated at the same time and have wanted to.)
4. I can't do the routine sex thing for a while.  It's just boring!
-The feeling of excitement with sex has to be there. For me, that comes from doing dirty things and running late, the greater chance of getting caught, and having sex on adventures. Sex when I'm physically exhausted – yes. As much of these factors put together as much as possible? – yes!.
-Also, spontaneous sex, adventurous sex, unique sex, always trying new things. Let me have sex with you while you're cooking. Let me force you to take a break from work. I love distracting people.  I like having that seductive power.
-We should sneak up on each other and just start 'raping' each other.
- sex in every random place and odd position we can.  I'm soooo glad you're capable of this! 😛
5. And I really do like being overpowered during sex.  So yes, maybe some hair pulling or more roughness in other ways, like biting without blood or getting pulled around a lot.  I like when you push me down with my legs in the air and part of me wants to get away but I'm too into it to focus enough to put up much of a fight.   I'm not into extreme injury or pain, but wild roughness and lotsa passion is verrrry nice sounding.
More to come later, because I think I forgot some.
Oh, and I just pounded myself upside down over the bath tub.  I wish you could have held me down and don't that.

Case 3:19-cv-01967-YY   Document 21   Filed 01/23/20   Page 9 of 51

Appendix Page 8
9/29/2016                Gmail - Re: backpage response: Netvideogirls - shooting in Portland - pay is $100...

 benjamin barber <starworks5@gmail.com>

## Re: backpage response: Netvideogirls - shooting in Portland - pay is $100...

4 messages

**DVN** <dvn2009@gmail.com>                                                    Wed, Nov 24, 2010 at 4:25 PM
To: barberb@pdx.edu

Hi
sounds great - could you send pics of you guys? nude or non nude is fine..

looking fwd to working with you.


cheers

Vin



barberb@pdx.edu wrote:
  From: barberb@pdx.edu

  Me and my girlfriend (an albino) are thinking about making porn together, and are looking around portland to
  see what opportunities are there. We've also been talking to another couple, who is interested in making porn
  with us, and who seem to like bondage and domination.

  I'm 25 5'9 160lbs, I work as a web & graphic designer, and dabble in mobile development. my hobbies are
  dragon boats, bicycle racing, martial arts.
  she is 20 5'4 120 C cups, and she is studying english education. and hobbies are crafts, skating, cycling,
  marching band,

  To view this posting, please click the following link:
  http://portland.wweek.com/AdultJobs/netvideogirls-shooting-in-portland-pay-is-1000-for-3-hours-32/4574219

  This person has contacted you anonymously through portland.wweek.com. If you believe their email is a scam,
  spam, or inappropriate, please forward this email to abuse@backpage.com.



**DVN** <dvn2009@gmail.com>                                                    Wed, Nov 24, 2010 at 6:58 PM
To: barberb@pdx.edu

Hi
I'm not sure if my last email went through - could you guys give me a call so we can set up a meeting right away?

thanks

Dean  323-855-4067
[Quoted text hidden]

**DVN** <dvn2009@gmail.com>                                                    Sat, Nov 27, 2010 at 11:39 PM

M. Vance – X                              262

1        Q      Those videos were never actually mentioned

2     in any of the divorce proceedings, though, correct?

3        A      Yes.

4        Q      So, I mean, in the hundreds of pages of

5     documents and filings talking about everything from,

6     like, give me back my rain boots, all that stuff, the

7     videos are never mentioned?

8        A      Yes.  They were not officially mentioned

9     at that point.  It wasn't a law yet, so my lawyer was

10    discussing that with me unofficially, you know,

11    "Maybe you want to do this in the future once this

12    becomes a law."

13       Q      But you never preemptively mentioned

14    anything about it?  You never -- you never discussed,

15    "Hey, now that we're getting divorced, get rid of

16    those videos," or -- or --

17       A      Yeah.  Well, at the time, they were on his

18    website.  If you typed in, like, "sexy with four

19    exes" or something from his website, you could find

20    them.  But he wasn't advertising them.  So it made me

21    uncomfortable, but he wasn't publicly trying to

22    show them.

23              So it felt very uncomfortable, but I knew

24    that the nature of our relationship, it -- when you

25    go through a divorce, there's just things you --

M. Vance – X                                         275

1          A     Okay.   This is the conversation I thought

2     you were talking about and I just wanted to confirm.

3     From what I see, I remember this conversation, not

4     vividly, but this sounds like things I would say at

5     that point in time.  Do you want me to look through

6     every page of it?

7          Q     I'd like to direct your attention to a

8     certain part of it and if I can actually have the

9     document back --

10         A     Yeah.

11         Q     -- for a minute.  Thank you.  What I want

12    to ask you about is part of this conversation where

13    Mr. Barber informed you that somebody had attempted

14    to dox the pornography that was kept on his FTP

15    server.

16         A     Okay.

17         Q     Do you recall having that conversation?

18         A     Yeah.

19         Q     Do you recall your response to that

20    conversation?

21         A     Yeah, I do.  And I remember -- I didn't

22    really expect that to some up in conversation.  And

23    these same people that he thought were going to dox

24    him were people that I was actually talking to.

25               And, you know, I was just telling them,

M. Vance – X                                    276

1    like, "He's going to make this website.  He does have

2    these videos on his personal website.  He -- you

3    know, he said he was going to make this website of my

4    transgressions."

5            And so they had seen that and they were

6    kind of protective over me that they didn't want

7    these things shared.  I don't know what had happened

8    in his situation or who had talked to him, but,

9    apparently, he thought people were going to dox us,

10   according to these videos.  And I knew that these

11   people weren't going to; they were protecting me.

12       Q    So you knew that.  You didn't share that

13   information with Mr. Barber, though, right?

14       A    Yeah.  I was dishonest to him about that

15   'cause I didn't -- I didn't want to get in a fight

16   about it.

17       Q    So your response to him was, "Yeah, I got

18   some messages about it," that's about it?

19       A    Yeah.  It was -- I was just playing stupid.

20   I was, like, "Oh, interesting."

21       Q    You would agree that would leave him with

22   the impression that you were unconcerned about it?

23           MS. ATWOOD:  Objection, Your Honor.

24           THE COURT:  Sustained.

25           THE WITNESS:  What was the question

M. Vance - ReD                                    308

1                   THE WITNESS:  Oh, sorry.

2                   THE COURT:  Just a second.

3                   MS. ATWOOD:  What's the nature of the

4        objection?

5                   THE COURT:  Overruled.

6                   THE WITNESS:  Could you --

7                   THE COURT:  You may continue.

8                   THE WITNESS:  -- repeat the question?

9        BY MS. ATWOOD:

10           Q     Yeah.  I'm just asking for a little more

11       detail about the -- the situation surrounding the

12       2015 conversation involving the doxing of the

13       pornography.  You made mention that you already knew

14       that some individuals were aware of -- of -- of

15       videos being hidden on a website.  What was that all

16       about?

17           A     So there were some friends that I had had

18       that I told, you know, that these videos were hidden

19       on his website.  I had recently seen that he had made

20       the website meaganvance.net and, you know, I'd -- I

21       opened up to them about it.

22                   And, apparently, someone, you know, talked

23       to him about it and he construed that as people were

24       going to dox him and what it was that people had told

25       him -- these friends had told him that if he --

M. Vance - ReD                               309

1              MR. TAYLOR:  I'm going to object to

2      this, Judge.  It's hearsay.

3              THE COURT:  Overruled.

4              MS. ATWOOD:  Thank you.

5      BY MS. ATWOOD:

6         Q    Go ahead.

7         A    -- that if he continued with this website

8      and posted things about me, that he did have a lot of

9      stuff on his website that they had had as well.  I

10     wasn't okay with that, but I think that's enough

11     detail with that situation.

12        Q    Okay.  I'm just kind of going line by line

13     here.  You were asked a few questions about the

14     e-mail that you received from the defendant with the

15     receipt from the xHamster website --

16        A    Mm-hmm.

17        Q    -- showing that he'd asked to have the

18     links removed.  And you described that you -- you

19     could actually click the link that was sent to you on

20     your work address?

21        A    I could click on it.  I do not remember if

22     it said videos had been deleted or not.  I -- I am

23     pretty certain that they were deleted videos, but

24     it -- it still had the title.

25 Q And did it take you to the website?  It

Meagan Vance: I'm having the same problems 4:02 PM

Meagan Vance: But in the meantime I'm working on making curriculum 4:02 PM

Me: Oh trust me, I am, and its pissing off alot of people. 4:03 PM

Me: VP of intel resigned after I went to the US attorneys office. Top Kek. 4:03 PM

Meagan Vance: Focus on using the time that you have instead of wasting it being pissed off 4:03 PM

Meagan Vance: Appeal to the system so you can get in and fix it 4:04 PM

Me: "the system" is broken and needs reformation, and I finally have a chance to fix it for everyone. 4:05 PM

Meagan Vance: I didn't know what the hell I was doing a couple of years ago. Now I have a knowledge base and know what to do to change a specific area. I'm interested in changing what I have knowledge in and not getting involved in situations that I am ignorant on 4:06 PM

Meagan Vance: And to pursue learning other skills as a hobby 4:07 PM

Meagan Vance: That seems the most productive in living a meaningful life. 4:08 PM

Meagan Vance: Do what you can to be productive in making needed change 4:09 PM

Me: I agree, and it was the life I wanted for you. However you abandoned your obligations, and refused to fix the situation you caused, and caused more of them 4:10 PM

Meagan Vance: I've had some experience in getting into a field and adding a lot to it for the better. I realized I am smarter than most in this field, so I continue to try to add to it 4:11 PM

Me: So dont be surprised if you get caught in the cross fire, when I start to look to the feds for corruption, especially involving institutions were involved with 4:12 PM

Me: I've realized that I'm smarter than most everyone else, but at the end of the day you're productivity, is limited to access to productive capital. 4:13 PM

Me: *your 4:13 PM

Me: Unfortunately the city and state prefers funding "girls only boxing gloves", and social media apps (that I worked on) rather than 3d printed robotic prosthesis 4:15 PM

Meagan Vance: I have made a lot of silly mistakes in personal life but I am doing what I can to Change the world now. I respect your passion and work ethic. 4:16 PM

Meagan Vance: I'm disinterested in wasting time emotionally and am a workbot for others 4:18 PM

Me: Yeah, i was going to be working on adding QR codes to the parking tickets for doing a mobile app. Now Im just going to include the PDC in the racketeering case 4:19 PM

Me: Wow, that's different. 4:19 PM

Meagan Vance: Pdc? 4:19 PM

Me: Portland Development Comission. 4:20 PM

Meagan Vance: I'm not sure what that is 4:20 PM

Me: Kitzhaber is under FBI investigation for public corruption, and it goes much further than kitzhaber, but to alot of other political appointees as well. 4:21 PM

Meagan Vance: Sounds messy 4:21 PM

Meagan Vance: As for changing institutions, go for it 4:21 PM

Me: It is kind of messy, because it includes the Clinton Global Initiative as well, right when hillary is also under investigation *bernie sanders 2016* 4:22 PM

Meagan Vance: I just want to keep making change in my field, and in open to using each other as professional resources if needed. I'm not knowledgeable or useful with politics though 4:22 PM

Meagan Vance: Yea, I don't trust Hilary 4:23 PM

Meagan Vance: Pro bernie 4:23 PM

Me: Quite frankly, your still on my shit list, and have not redeemed yourself. So while knowledge is freely given, retribution is still on the table as well. 4:24 PM

Meagan Vance: I'm excited because I think our generation is gaining more political control. My political views most match with sanders 4:24 PM

Meagan Vance: A shit list sounds very unnecessarily negative 4:24 PM

Me: What you did was unnecessarily negative. im sure you're also aware your friends were trying to doxx our pornography to the world as well right? 4:25 PM

Meagan Vance: I got some twitter message about porn 4:26 PM

Me: well, mighty convenient that they show up whenever I mention corruption or feminism. Then resort to blackmail and harassment tactics, just like youve also done 4:28 PM

M's friends
doxx the
porn



7/10/2015                                                           beardmosexual - Twitter Search



yea

ive been racticing it actually

if hes whined about stupid stuff about simple decisions he disagrees with, i tell him hes being an asshole and to come back to me when hes not

and i make my own decisions anyway

or i just keep saying its not a big deal when he disagrees with a simple decision

i mean, ive always tried everything, but i have a lot more strength with friends and counseling to not cower

and i wont to this

ill tell him the gift is only if i come alone

 **Nicholas Gunzburg**                                          4:50pm
Counseling is good yeah.

 **Meg Pants**                                                 4:50pm
counseling is great

i also need to get my kids guitar from my parents house

im perfectly ok with skyping him for a few minutes everynight to tell him about my adventures in ohio

so i can share my trip with him because i want to

but not have him ruin it

 **Nicholas Gunzburg**                                          4:51pm
Yeah

**Meg Pants**                                                                       4:52pm
i know youre fed up with him

thanks for still being around even if ive been taking him back

i dont talk to many of my old friends because i keep going back to him

i understand the frustration

 **Nicholas Gunzburg**                                          4:53pm
Yeah, but it's your life and your decision, and only you have the full picture

 **Meg Pants**                                                 4:53pm
yea

honestly

im the physical abuser

i emotionally abuse too

i was the first one to cheat

its not just him

8/10/13                    Nicholas Gunzburg - Messages

i play the victim a lot in my life

i cower when its not needed, and attract dominant people that want to dominate

i give too much


**Nicholas Gunzburg**                                                        4:54pm
But at the end of the day people see you as a good person


**Meg Pants**                                                               4:54pm
those are things i need to work on

thanks

well

some of his friends see him as the good person and me as the crazy one

which i think is bullshit, but w/e


victim blaming, anyone?

i had a friend side with him when i was posting about how he restrained me


**Nicholas Gunzburg**                                                        4:56pm
Being friends with Ben isn't much credibility to stand on alone


**Meg Pants**                                                               4:56pm
she was both of our friend

until i got paranoid about her

jealousy

so now im the discredited one to her

i mean, i just cut her out of my life


**Nicholas Gunzburg**                                                        4:57pm
Can win everyone I guess


**Meg Pants**                                                               4:57pm
and i dont care what he says to friends

not too much

he has a right to be heard

he doesnt have a right to perform domestic violence in public and to not go to jail


**Nicholas Gunzburg**                                                        4:58pm
Yeah


**Meg Pants**                                                               4:59pm
anyway

i guess ill wait until weds counseling. i dont want a fight here

and ill let you know

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR
WASHINGTON COUNTY

THE STATE OF OREGON,

                          Plaintiff,

    v.

BENJAMIN JAY BARBER,

                          Defendant.

Case No. 16CR46339

JURY INSTRUCTIONS

## FUNCTIONS OF THE COURT AND JURY

It is your sole responsibility to make all the decisions about the facts in this case. You must evaluate the evidence to determine how reliable or how believable that evidence is. When you make your decision about the facts, you must then apply the legal rules to those facts and reach your verdict.

Remember, however, that your power to reach a verdict is not arbitrary. When I tell you what the law is on a particular subject or tell you how to evaluate certain evidence, you must follow these instructions.

Do not allow anything I have said or done during the course of this trial to suggest that I have formed any opinion about this case.

Keep in mind that a judge is required by law to give certain instructions in every criminal case.

When I have sustained objections to evidence, or ordered that evidence be stricken or excluded from your consideration, you must follow these rulings. Do not consider such matters during your deliberations. Base your verdict on the evidence and these instructions. The lawyers' statements and arguments are not evidence. If your recollection of the evidence is different from the lawyers' recollection, you must rely on your own memory.

In deciding this case, you are to consider all the evidence you find worthy of belief. It is your duty to weigh the evidence calmly and dispassionately and to decide this case on its merits. Do not allow bias, sympathy, or prejudice any place in your deliberations. Do not decide this case on guesswork, conjecture, or speculation.

Do not consider what sentence might be imposed by the court if the defendant is found guilty.

Generally, the testimony of any witness whom you believe is sufficient to prove any fact in dispute. You are not simply to count the witnesses, but you are to weigh the evidence.

**Page 1 - Jury Instructions**

**Case #: 16CR46339**

Keep in mind that each party is entitled to the considered decision of each juror. Therefore, you should not give undue weight to another juror's notes or memory if they conflict with your recollection of the evidence.

The court has provided written jury instructions for your use. When you use these instructions, do not place undue emphasis on any particular instruction, but rather view the instructions as a whole.

### INNOCENCE OF DEFENDANT--PROOF BEYOND A REASONABLE DOUBT

The defendant is innocent unless and until the defendant is proven guilty beyond a reasonable doubt.

The burden is on the state to prove the guilt of the defendant beyond a reasonable doubt.

Reasonable doubt is doubt based on common sense and reason. Reasonable doubt means an honest uncertainty as to the guilt of the defendant. Reasonable doubt exists when, after careful and impartial consideration of all the evidence in the case, you are not convinced beyond a reasonable doubt that the defendant is guilty.

### DEFENDANT'S STATEMENTS

When a witness testifies about statements made by the defendant, you should consider such testimony with caution.

In reviewing such testimony, you should consider, among other things, the following:

(1)    Did the defendant make the statement, and, if so, did the defendant clearly express what he intended to say?

(2)    Did the witness correctly hear and understand what the defendant said?

(3)    Did the witness correctly remember and relate what the defendant said?

(4)    Did the witness intentionally or mistakenly alter some of the words used by the defendant, thereby changing the meaning of what was actually said?

If, after weighing such factors, you conclude that the defendant said what he intended to say and that the witness to the statement correctly understood, remembered, and related to you what the defendant said, then you are authorized to consider such statements for what you deem them to be worth.

### EVALUATING WITNESS TESTIMONY

The term witness includes every person who has testified under oath in this case. Every witness has taken an oath to tell the truth. In evaluating each witness's testimony, however, you may consider such things as:

(1)    The manner in which the witness testifies.

(2)    The nature or quality of the witness's testimony.

(3)    Evidence that contradicts the testimony of the witness.

(4)    Evidence concerning the bias, motives, or interest of the witness.

**Page 2 - Jury Instructions**                                        Case #: 16CR46339

## INFERENCES

In deciding this case you may draw inferences and reach conclusions from the evidence, provided that your inferences and conclusions are reasonable and are based on your common sense and experience.

## DIRECT OR CIRCUMSTANTIAL EVIDENCE

There are two types of evidence. One is direct evidence--such as the testimony of an eyewitness. The other is circumstantial evidence--the proof of a chain of circumstances pointing to the existence or nonexistence of a certain fact. You may base your verdict on direct evidence or on circumstantial evidence, or on both.

## CRIMINAL CHARGE

In this case, the defendant is charged seven (7) separate counts of the crime of Unlawful Dissemination of an Intimate Image.

The defendant has entered a plea of not guilty to these charges. A plea of not guilty is a denial of every fact alleged.

## UNLAWFUL DISSEMINATION OF AN INTIMATE IMAGE

A person commits the crime of unlawful dissemination of an intimate image if the person, with the intent to harass, humiliate or injure another person, knowingly causes to be disclosed through an Internet website an identifiable image of the other person whose intimate parts are visible or who is engaged in sexual conduct; the person knows or reasonably should have known that the other person does not consent to the disclosure; the other person is harassed, humiliated or injured by the disclosure; and a reasonable person would be harassed, humiliated or injured by the disclosure.

In this case, to establish the crime of unlawful dissemination of an intimate image, the state must prove beyond a reasonable doubt the following elements:

1. The act occurred on or between January 1, 2016 and June 21, 2016
2. Benjamin Jay Barber knowingly caused images to be disclosed through an Internet website;
3. The images were identifiable images of Meagan Vance, whose intimate parts were visible and/or who was engaged in sexual conduct;
4. Benjamin Jay Barber knew or reasonably should have known that Meagan Vance did not consent to the disclosure;
5. Benjamin Jay Barber intended to harass, humiliate, or injure Meagan Vance;
6. Meagan Vance was harassed, humiliated, or injured by the disclosure; and
7. A reasonable person would be harassed, humiliated, or injured by the disclosure.

## NONEXPERT OPINION EVIDENCE

Although a witness may be allowed to state his or her opinion, you are not required to accept that opinion. To determine what value, if any, you will give to a witness's opinion you should consider such things as the witness's opportunity and ability to form the opinion, the witness's believability, and how the witness reached the opinion.

**Page 3 - Jury Instructions**                                    **Case #: 16CR46389**

Case 3:19-cv-01967-YY    Document 21    Filed 01/23/20    Page 23 of 51

Appendix Page 22

## INTENTIONALLY AND WITH INTENT

A person acts "intentionally" or "with intent" when that person acts with a conscious objective to cause a particular result or engage in particular conduct.

## KNOWINGLY AND WITH KNOWLEDGE

A person acts "knowingly" or "with knowledge" if that person acts with an awareness that his or her conduct is of a particular nature or that a particular circumstance exists.

Knowledge is also established if a person acts intentionally.

## DEFINITIONS

*Disclose* includes, but is not limited to, transfer, publish, distribute, exhibit, advertise and offer.

*Image* includes, but is not limited to a photograph, film, videotape, recording, digital picture and other visual reproduction regardless of the manner in which the image is stored.

*Intimate parts* mean uncovered human genital, pubic areas or female nipples.

*Sexual conduct* means sexual intercourse or deviate sexual intercourse or masturbation.

*Sexual intercourse* has its ordinary meaning and occurs on any penetration, however slight; emission is not required.

*Deviate sexual intercourse* means sexual conduct between persons consisting of contact between the sex organs of one person and the mouth or anus of another.

## VERDICT

When you return to the jury room, select one of your members to act as presiding juror. The presiding juror has no greater voting weight but is to preside over your deliberations and be the spokesperson for the jury. You should then deliberate and find your verdict.

If it becomes necessary during your deliberations to communicate with me, do so in writing. I will consult with the parties before responding.

No one except for you, the jurors, is to be involved in your deliberations. Therefore, do not to tell anyone, including me, how many of you are voting not guilty or guilty until you have reached a lawful verdict or have been discharged.

This being a criminal case, each and every juror must agree on your verdict. When you have arrived at a verdict, the presiding juror will sign the appropriate verdict form.

After you have reached your verdict, signal the bailiff. The court will then receive your verdict.

**Page 4 - Jury Instructions**                                      Case #: 16CR46339

Appendix Page 22

1
2
3
4            IN THE CIRCUIT COURT OF THE STATE OF OREGON
5               FOR THE COUNTY OF WASHINGTON

6  STATE OF OREGON,           )  No. 16CR46339
7           Plaintiff,     )  DEFENDANT'S PROPOSED
8    vs.                )  WITNESS LIST
9  BENJAMIN JAY BARBER,    )
10          Defendant.    )

11     The Defendant reserves the right to call the following witnesses at trial in the
12 above captioned case:
13     Benjamin Barber, Defendant.
14     Defendant also reserves the right to call any witnesses named in the State's
15 discovery or called during the State's case in chief.
16     DATED this ____ day of _____, _____.
17
18
19                     Cameron Taylor, OSB # 154324
                      Attorney for Defendant
20
21
22
23
24
25
26

PAGE 1 - DEFENDANT'S PROPOSED WITNESS LIST

WASHINGTON COUNTY PUBLIC DEFENDER
400 E. MAIN STREET SUITE 210   HILLSBORO, OREGON 97123-4166   503-726-7900   FAX 503-726-4950

12/1/2016                              from a real couple - starworks5@gmail.com - Gmail

>>>>>>>> >> >> >> > wrote:
>>>>>>>> >> >> >> >
>>>>>>>> >> >> >> >> Are yu interested in meeting up tonight 9713227885
>>>>>>>> >> >> >> >> On Jan 7, 2011 6:41 PM, "allie yoder"
>>>>>>>> >> >> >> >> <allieyoder.12.92@gmail.com
>>>>>>>> >> >
>>>>>>>> >> >> >> wrote:
>>>>>>>> >> >> >> >> > Hi you guys:
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > my man is uber smart too
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > high achiever and a 188 IQ
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > saw a craigslist add..sounds good. here we are on a
>>>>>>>> >> >> >> >> > Friday nite
>>>>>>>> >> >> after
>>>>>>>> >> >> >> a
>>>>>>>> >> >> >> >> > lame night out..
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > We live here in the city..but will drive to U or U to
>>>>>>>> >> >> >> >> > us..we are
>>>>>>>> >> a
>>>>>>>> >> >> fun
>>>>>>>> >> >> >> >> > cple..It WILL be worth responding to me!!
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > I am an 18 yo bi 4'11 and Josh is 22 and 6' and very
>>>>>>>> >> >> >> >> > sexy.
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > he has a thick cock but I am tiny 88 pounds and have a
>>>>>>>> >> >> >> >> > little
>>>>>>>> >> bod.
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > we have lots of pics and a video or two
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > tell us about yourselves.
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > let me know if you might be interested.
>>>>>>>> >> >> >> >> >
>>>>>>>> >> >> >> >> > allie
>>>>>>>> >> >> >> >>
>>>>>>>> >> >> >>
>>>>>>>> >> >>
>>>>>>>> >>
>>>>>>>
>>>>>>
>>>>>
>>>>
>>>
>>
>
>

. <starworks5@gmail.com>                                    1/13/11
to meggers327

---------- Forwarded message ----------
From: allie yoder <allieyoder.12.92@gmail.com>
Date: Fri, Jan 7, 2011 at 9:41 PM
Subject: Re: from a real couple
To: "." <starworks5@gmail.com>

Just saw pics of U2 ..you are both sooo amazing....U are sexy

what is U and UR wives / gf's name...I am bi .....is she??

Josh is straight

12/1/2016                              from a real couple - starworks5@gmail.com - Gmail

We are interested in a full swap and with us anything goes....even no
condoms  (we were recently tested and have the docs docs toprove..  I
have a student ID and my DL to prove age.

When you f me, I become a wild child.

here is some more of us

Josh is a college grad in business and a small business owner.  I
think U 2 would have a lot in common.   He and I love to mountain bike
and we do raod rallies in his BMW...great fun

been dating since I was 13 and we live together now.   I turned 18 on
December 29th.

I sent out a bunch of replies tonight and am a little unclear. about
U@  tell me more

You are so hot..when are U free?

talk soon

allie

On Fri, Jan 7, 2011 at 11:24 PM, . <starworks5@gmail.com> wrote:
>
> Are yu interested in meeting up tonight 9713227885
>
> On Jan 7, 2011 6:41 PM, "allie yoder" <allieyoder.12.92@gmail.com> wrote:
> > Hi you guys:
> >
> > my man is uber smart too
> >
> > high achiever and a 188 IQ
> >
> > saw a craigslist add..sounds good. here we are on a Friday nite after a
> > lame night out..
> >
> > We live here in the city..but will drive to U or U to us..we are a fun
> > cple..It WILL be worth responding to me!!
> >
> > I am an 18 yo bi 4'11 and Josh is 22 and 6' and very sexy.
> >
> > he has a thick cock but I am tiny 88 pounds and have a little bod.
> >
> > we have lots of pics and a video or two
> >
> > tell us about yourselves.
> >
> > let me know if you might be interested.
> >
> > allie

---

**14 Attachments**                                                  

**Gmail virus scanners are temporarily unavailable** - the attached files haven't been scanned for viruses. Please
download these files at your own risk. Learn more

 . <starworks5@gmail.com>                              ✆ 1/13/11       ↰   ▾
to meggers327

---------- Forwarded message ----------
From: allie yoder <allieyoder.12.92@gmail.com>
Date: Fri, Jan 7, 2011 at 10:39 PM
Subject: Re: from a real couple

Appendix Page 26

12/1/2016                              from a real couple - starworks5@gmail.com - Gmail

maybe sometime..Josh asks..can we trde pics? vids

have a sfe trip

hope U enjoyed paris



 . <starworks5@gmail.com>                                    1/8/11     
to allie

I guess you just missed the orgy that happened at the paris, and were there all alone for an hour, with a crowd of guys staring at us intently. also we messed up the clone a willy kit, because the molding powder set too quickly, what rotten luck. I have several HD videos of us if you guys would like, I have an FTP server on the internet where they can be uploaded to.

Josh seems interesting, is he in the SCCA, I used to participate in rally cross when i was younger. Also I'm intrigued by his 188 iq, as I've been dramatically on the higher iq side. I consider myself a compulsive learner and exercise fiend, who stumbed upon buddism during the SE asian tsunami experience. What kind of business does he own, my last girlfriend was an MBA in marketing, and I've specialized in mostly marketing and E-commerce with my computer science degree. And i understand his fantasy, being that albinos are 1/20,000 and swingers are 2% of the population, makes her a one in a million ;-).

I met meagan on okcupid, she sent me a message saying that i was everything she was looking for in a man. I visted her in bowling green for 3 weeks in november, and then she came over here for over 3 weeks in early December. I'm now trying to see if i can secure a job in ohio, working remote web design at a columbus firm, from a former roommate of my intel bike racing female friend (she's amazing too). me and meagan were interested in getting to know you both in a non-intimate capacity as well, her email address is meggers327@yahoo.com

 . <starworks5@gmail.com>                                    1/9/11     
to allie

So, I uploaded one video last night, but the rest seemed to time out. I'll try to add more soon.

here are the details

ftp.barberb,net
user: anon@barberb.net
password: anon

 . <starworks5@gmail.com>                                    1/9/11     
to allie

lets try this again.

in explorer go to ftp://www.barberb.net
user: anon@barberb.net
password: anon

www.barberb.net/files/video-2011-01-04-10-14-09.mp4
www.barberb.net/files/video-2011-01-06-13-38-32.mp4

 . <starworks5@gmail.com>                                ✎ 1/9/11     
to allie

On Sun, Jan 9, 2011 at 7:09 PM, . <starworks5@gmail.com> wrote:
  lets try this again.

  in explorer go to ftp://www.barberb.net
  user: anon@barberb.net
  password: anon

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR THE COUNTY OF WASHINGTON

ARRESTEE: **Barber, Benjamin Jay**       )

BOOKING NUMBER: 16-0369       )

DATE OF ARREST: **07-17-2016**       )    **Affidavit in Support of**

                                    )    **Probable Cause Arrest**

TIME OF ARREST: **10:14am**

STATE OF OREGON    )

                   ) ss.

County of Washington    )

      I, **Thomas Duenas**; DPSST **31390** , am a police officer with the Washington County Sheriff's Office. I have arrested the person named as the arrestee above for the crime or crimes of **Unlawful Dissemination of an intimate image**.

      The reasons for the arrest appear below in the statement of facts. I have personally observed the facts or they were relayed to me by the people whose names and addresses appear in the statement. If the person is a police officer, the officer's name and agency appear.

      The crime or crimes occurred within Washington County on *(date)* **04-01-16** at *(time)*     at this location: **8665 SW Canyon Ln. #21 Beaverton OR. 97225**.

      The alleged victim is **Vance, Meagan A. (06-30-90)** , *(telephone)* **503-354-7812** *(address)* **8665 SW Canyon Ln #21 Beaverton OR. 97225**; relation to arrestee:    Victim notification ☐ **is** ☒ **is not** required.

**Statement of Facts:**
On 06-22-16 Meagan Vance reported that her ex-husband, Barber, Benjamin Jay, posted videos of them having sex over several porn sites. Meagan said she is a teacher and that the videos may impact her career. She said that she is embarrassed and that Benjamin did not have permission to post the videos. Meagan said that Benjamin threatened to ruin her and she believes that he is trying to get revenge. I viewed the sites and verified that the videos showed her in an intimate act.

On 06-22-16 I was contacted by Benjamin over the phone. He said that he posted the videos on only two or three sites back in February of March of this year.  Benjamin said that Meagan accused him of raping her and ruining all of his relationships. He said he lost a year of his life because of her.

I arrested Benjamin on 07-17-16 and lodged him at the jail.

**Police Officer: Thomas Duenas**

Signature: _____    **DPSST #: 31390**

SUBSCRIBED AND SWORN to before me this date: 07/17/16 .

Swearing Officer: _____ **DPSST #:** 46631 .

**Washington County Sheriff's Office**

-1 – Affidavit
Jan 2009

INVASION OF PERSONAL
PRIVACY

Appendix Page 28.
## Washington County Sheriff's Office
### DISTRICT ATTORNEY RELEASE

**CASE NUMBER**
**GO 50 2016-161740492**

On or about 8/29/16, I received via inter-office mail a packet of paperwork from Duenas. He told me that he had received it from Washington County Deputy District Attorney M. Atwood ("Atwood") and that after I reviewed it, I should place it into evidence.


**Telephone Contact with DDA Marie Atwood**


On the afternoon of 8/30/16, I spoke with Atwood. She told me that she had received the paperwork during a meeting with Meagan and her attorney on 7/26/16 at 3pm. I reviewed the paperwork and saw that it included screenshots of videos posted by Barber. One page was a list of links to videos posted by Benjamin on several web sites.


I later placed the paperwork into evidence as item #3 on PER #167251.


**Web Research**


One of the pages in the paperwork provided by Meagan to Atwood was a list of web sites where she still saw videos of her and Benjamin. I worked my way down the list and documented my findings at each web site.


Where appropriate and noted below, I took screenshots on the various pages to document my findings. Since these photos cannot be entered into our records management system, I printed them to a paper copy and submitted the paper copy into evidence. [See item #2 on PER #167251 for full details.]


Information posted at ███████████████████████████ makes it clear that users may not use the web site to break any laws.


The information posted at http:███████████████████ asks people who have had pictures or videos of them uploaded without their consent to email pornhub.com to have it removed.


Pornhub appears to be part of the MGFREESITES LTD group, which is headquartered in Cyprus. Legal process is accepted through CT Corporation System. Their legal counsel is Chantale Pittarelli ████████████████


[See screenshot in paperwork submitted into evidence as item #2 on PER #167251.]


On 8/30/16 at 4:35pm, I went t ███████████████████████ and saw that Benjamin's profile was still active. The profile shows him to be a 31-year-old heterosexual male in Portland, Oregon. It showed his last login to be two months ago.


[See screenshots in paperwork submitted into evidence as item #2 on PER #167251.]

PRINTED ON: 09/07/2016    PRINTED BY: 43824

**(345218) 0026**
VERSION: 160901.1

INVASION OF PERSONAL
PRIVACY

Appendix Page 29.

# Washington County Sheriff's Office
## DISTRICT ATTORNEY RELEASE

The profile shows two videos still online. They were both labeled "albino porn." One showed to be 16:01 in length (viewable at ███████████████████████████ and had 2,464 views. The other one showed to be 18:46 in length (viewable at ███████████████████████ and had 1,771 views.

On 8/30/16 and 8/31/16, I downloaded the videos to preserve them. Once downloaded, the second one showed to be 18:45 in length. Both videos depict what appears to be consensual sex between Benjamin and Meagan in a bedroom. In the second one, Meagan appears to be tied up.

I later put them on a DVD and into evidence as item #1 on PER #167251.

████████████████

Redtube.com appears to be associated with pornhub.com. I was not able to locate any law enforcement/legal contact information for www.redtube.com, but ████████████████ is the support email address.

On 8/31/16 at 9:45am, I went to ██████████████████████ The profile showed Benjamin to be a 31-year-old man with an interest in men. It shows him to be in Newberg, Oregon. It shows his last logon to be five months earlier.

It showed the following four active videos, all labeled "albino porn:"

1. The first video (viewable at ██████████████████████ was added 4/6/16. It is 21:25 in length and had 586 views;
2. The second video (viewable at ████████████████████ was added 4/6/16. It is 16:01 in length and had 487 views;
3. The third video (viewable at http██████████████████ was added 4/6/16. It is 18:46 in length and had 1,009 views;
4. The fourth video (viewable at ████████████████████ was added 4/6/16. It is 21:00 in length and had 506 views;

[See screenshot in paperwork submitted into evidence as item #2 on PER #167251.]

I downloaded the videos to preserve them. The videos appear to depict consensual oral and vaginal sex in a bedroom.

I later put them on a DVD and into evidence as item #1 on PER #167251.

**PORN.COM**

There is no legal/law enforcement contact information listed for porn.com on ████████████████████████

On 8/31/16 at 11:33am, I went to ████████████████████████ It showed that barber joined five months ago.

[See screenshot in paperwork submitted into evidence as item #2 on PER #167251.]

(345218) 0027
VERSION: 160901.1

8/8/16

RE: State v. Barber, 16CR46339

Statement of Meagan Vance:

     I have several concerns about my safety if Benjamin Barber is released. Benjamin has a history of harassing me and threatening my safety, which has continued since this case has begun. Benjamin was strongly emotionally abusive to me in our relationship from 2010-2013, involving harassment and even physical abuse if I did not do what he wanted. When I left him in 2013, he began a downward spiral into believing that feminism brainwashed me; he threatened to follow me across the country and he was arrested for trespassing at feminist conferences. Benjamin promised to try to damage my life as much as possible since I left him in late 2013, and his actions since show that he continues to try to cause me harm.  For example, he has purchased the domain names with my full name and since this case started, he has emailed, to my work email, links to the intimate images he posted of me.

     Additionally, I strongly believe that Benjamin has a mental illness, causing him to believe that I am responsible for his struggles in life since I left. For example, when Benjamin found out that I had made a report to police, he sent me repeated emails and called my boyfriend asking if I was going to still 'attack' him by going through with the case. Benjamin has a history of finding my address and other personal information through the internet. I am concerned that as he continues to believe I am hurting him because I reported this crime, his actions will continue to spiral downward into showing up at my home or work.





R. Rookhuyzen – D                          391

1        A     I asked for -- you know, we just talked

2     about Thumbzilla, for example.  I asked for all the

3     IP addresses and they didn't provide that.  They

4     provided, you know, information about when videos had

5     gone up, when some of them had been deleted.  They

6     provided, you know, when the user accounts were made,

7     but all in all, it was not 100-percent responsive.

8        Q     Is that surprising at all to you?

9        A     It's unusual.

10       Q     Why?

11       A     Usually, when we provide a -- a business

12    with a search warrant, they provide the information

13    that's in there.

14       Q     At what point, I guess, as -- as far as the

15    timeline is concerned, did you get the search

16    warrants executed and how long was it before you

17    received any information back about them?

18       A     So I -- I -- let me check my notes.  So the

19    warrants were signed by Judge Upton on October 11th.

20    And I hadn't heard anything back by Halloween, so I

21    started e-mailing, following up and then I started

22    getting some e-mail responses.

23       Q     So based on your experience as a deputy and

24    a corporal and now a detective and your independent

25    investigation into this case, did you believe a crime

## Robert Rookhuyzen

| | |
|---|---|
| **From:** | Joyce Carestia <Joyce.Carestia@mindgeek.com> |
| **Sent:** | Monday, October 31, 2016 10:23 AM |
| **To:** | Robert Rookhuyzen |
| **Cc:** | Chantale Pittarelli |
| **Subject:** | RE: Pornhub Investigation |

Dear Detective:

Note that Thumbzilla is just a mirror of Pornhub therefore the user information recorded is the same, see below:

USER : barberb
starworks5@gmail.com
Registered: 2014-03-31 02:17:30 UTC

*Thumbzilla email 1*

The status deleted ones were all deleted by the uploader.

| Thumb | Status | Uploaded | Privacy | Length |
|---|---|---|---|---|
| albino porn | Deleted | 04/21/2016 06:56 U 04/21/2016 02:56 E | Private | 18:46 |
| albino porn | Deleted | 04/21/2016 06:56 U 04/21/2016 02:56 E | Private | 16:01 |
| albino porn | Deleted | 04/21/2016 06:56 U 04/21/2016 02:56 E | Private | 21:25 |
| albino porn | Deleted | 04/21/2016 06:55 U 04/21/2016 02:55 E | Private | 21:00 |
| albino porn | Deleted | 04/19/2016 21:22 U 04/19/2016 17:22 E | Public | 21:25 |
| albino porn | Deleted | 04/19/2016 21:22 U 04/19/2016 17:22 E | Private | 18:46 |
| albino porn | Deleted | 04/19/2016 21:21 U 04/19/2016 17:21 E | Public | 16:01 |
| albino porn | Deleted | 04/19/2016 21:21 U 04/19/2016 17:21 E | Public | 21:00 |
| albino porn | Deleted | 03/21/2016 09:22 U 03/21/2016 05:22 E | Public | 21:25 |
| albino porn | Deleted | 03/21/2016 08:00 U 03/21/2016 04:00 E | Public | 21:00 |
| albino porn | Active | 03/21/2016 06:19 U 03/21/2016 02:19 E | Public | 16:01 |
| albino porn | Active | 03/21/2016 05:16 U 03/21/2016 01:16 E | Public | 18:46 |

*21 ~ april 19 ~ march 21*

Ip addressed if any, shall be disclosed with the nex6t email containing Redtube information.

Kind Regards,

*See transcripts pg*

*this is missing from discovery & not produced by defense in post conviction Relief, who should have been produced by the DA*

Appendix Page 32

INVASION OF PERSONAL
PRIVACY

Appendix Page 33.

## Washington County Sheriff's Office
### DISTRICT ATTORNEY RELEASE

CASE NUMBER

GO 50 2016-161740492

---

### FOLLOWUP REPORT #1

| ASSIGNED TO | RANK |
|---|---|
| DUENAS, TOM (31390) | DEPUTY |

| ORG UNIT | CAPACITY |
|---|---|
| PATROL | INVESTIGATOR |

| ASSIGNED ON | ASSIGNED BY | SUBMITTED ON | APPROVED ON | APPROVED BY |
|---|---|---|---|---|
| 06/27/2016 | DUNN, SHAWN | 07/13/2016 | 07/13/2016 | PHILLIPPI, ROBERT |

### NARRATIVE

| AUTHOR | DATE/TIME |
|---|---|
| DUENAS, TOM (31390) | 07/13/2016 0917 |

| SUBJECT |
|---|
| BARBER BENJAMIN JAY |

MENTIONED:
Cpl. Schmid  DPSST#28217   WCSO

SUMMARY:
Meagen Vance reported that her ex-husband, Benjamin Barber, uploaded videos
of them having sex to porn sites. She believed that he did this to get back
at her. Benjamin spoke with me over the phone and admitted that he did it
because he was angry with her.

NARRATIVE:
On 06-22-16, at approximately 11:21am, Meagen Vance reported that her
ex-husband, Benjamin Barber, had uploaded videos of them having sex to porn
sites. She gave me the names of the porn sites. I verified that the videos
were on the sites and that she could be seen on them. Meagen told me that
the name or handle for the account was barberb. Which is a handle that
 Benjamin has used for years. I did find barberb accounts on the porn sites.

Meagen is a teacher and believes that the videos will have an adverse
effect on her job not to mention the embarrassment she feels. Meagen
advised that they had an agreement that the videos would not be used in
this manner.

We tried to contact Benjamin on the phone by text and calling on 06-24-16
and 06-25-16. I drove to an address that was listed as his but I could not
locate him. Benjamin did not return the phone calls. He did briefly answer
the text messages but only to identify himself and acknowledge Meagen.

On 06-26-16 at approximately 1:39pm Benjamin called dispatch to contact me.
I called him back on the phone. I identified him by asking his full name
and date of birth. Benjamin first asked about this issue being civil and
 that she (Meagen) follows him online. I asked if there was an agreement not
to post the videos online when they were made. He said that was not their
agreement. I asked why he would post the videos. According to Benjamin,
Meagen has accused him of raping her and ruined all of his friendships.

He told me that he got an email about a digital copyright from her after he
posted the videos. I asked if he was angry and wanted to get back at her.

INVASION OF PERSONAL
PRIVACY

Appendix Page 34.

# Washington County Sheriff's Office

## DISTRICT ATTORNEY RELEASE

**CASE NUMBER**

**GO 50 2016-161740492**

He blamed her for being homeless and ended up losing everything because she accused him of raping her.

He told me that he first posted the videos in February of March. He continued to tell me that he was tired of being homeless because of her and that he lost a year of his life.

I asked if those were the reasons that he put the videos on the porn sites. He responded that he basically did it because she accused him of being a rapist. I asked if he was aware that she was now a teacher. He said he was. I asked if he put the videos out there, knowing that. He said "yes". I asked if he thought that the videos might humiliate or embarrass her. He told me that the did the nude bike ride. I asked him if there were only the 4 videos and he told me that was "correct". I told him that Meagen gave me about 7 sites that the videos were on. He told me that he only put them on two or three.

I asked if there was an account name that he used to post the videos. He said he "probably" used "barberb".  He told me that he understood if she was humiliated and that he didn't want there to be any drama but her friends at the time didn't help. He posted it because of the pain and suffering she caused him.

 He admitted that it may be embarrassing to her but he did not gain anything when he posted the videos.

He also told me to arrest him if that was what I was going to do. He was worried about losing his job if he missed work. He was scared because he was jobless for a long time. I tried to make arrangements to meet but he didn't want to meet until the following week. He then told me that he believed the Constitution protected his right to free speech and this was a form of free speech. We then made an agreement to turn himself him on 07-15-16 at East Precinct. Before we hung up the phone he wanted me to know that he did not share any of the videos with her friends.

We ended our conversation with the understanding that he would not contact Meagen or the DA's office.


ACTION RECOMMENDED:

Cleared Pending

T. Duenas – X                                    348

1          Q    All right.  So fair to say, your reports

2    that you're testifying from are missing some facts

3    about this case?

4          A    They're missing that -- what were in the

5    links.  That's what they're missing.

6          Q    I mean, they don't even make reference of

7    any e-mails?

8          A    The e-mails he sent me, I think, were after

9    the arrest.  No, I take it back.  The e-mails he sent

10   me were after our discussion on the 26th.

11         Q    And the e-mails refer to him turning

12   himself in to you --

13         A    Correct.

14         Q    -- at a later date?

15         A    Correct.

16         Q    All right.  So during the pendency of this

17   case, lots of e-mails.  Nothing came of them?

18         A    Yeah, I didn't read them.

19         Q    All right.

20         A    I'm sorry I didn't click on the links.

21         Q    Were you interested in hearing Mr. Barber's

22   side of the story?

23         A    I -- I was very interested in hearing his

24   side of the story.  But I want to hear it from him,

25   from him, not from clicking this e-mail or that

## statement

**Thomas Duenas** <Thomas_Duenas@co.washington.or.us>                                   Thu, Jul 14, 2016 at 9:04 AM
To: benjamin barber <starworks5@gmail.com>

Ben,


On Friday 7-15-16 I will be in training. So we can meet today 07-14-16 or Saturday 07-16-16. As Friday does not work.


Dep. Duenas


**From:** benjamin barber [mailto:starworks5@gmail.com]
**Sent:** Monday, July 04, 2016 11:17 AM
**To:** Thomas Duenas
**Subject:** Re: statement


NSFW:

The emails of when we produced the videos for sharing, because looking because she and I were looking for a "foursome". she is CC'd

https://drive.google.com/file/d/1RE21BKYP_hnFKV8r2VaLqt1HVUDseCz1hYp72ycHhmZKx-KXmLRtUyIaNmOqhwA2AipJNa2GJO92wmSa/view?usp=sharing

https://drive.google.com/file/d/1HspGdKLfxH7MK54AdMvkqBRdgAz0kbKQHepQcaeogWVcogJn66fNsChaodQ_xIyreIKdWpMJ7ketn9vJ/view?usp=sharing

Another email where she wants me to be "the main seducer" for a threesome, and I say I want stability over kinkiness (again).

https://drive.google.com/file/d/0B_tTyqf1SRvVNmNqTHNvc3VHa1ROY24tSTJGZjVhUUw5NEpr/view?usp=sharing


On Sat, Jul 2, 2016 at 5:58 PM, benjamin barber <starworks5@gmail.com> wrote:

I know that you're busy with work and crimes, but I also had the problem of her spreading my nudes and blackmailing me, specifically because I was trying to appeal the court decision in our divorce, as well as reporting her behavior to the authorities. Instead I've had the internet filled up with garbage like I assaulted her, or I'm a rapist, or i stole from the nonprofit that I started, and also pictures of me and messages sent to my clients and friends. This combined with her interfering with my landlord / tenants, and losing the place that I was operating my business out of and that source of income, and making me lose the clients that I needed to survive with the harassment by her / her friends.

January 2011

We had these because we were doing long distance relationship originally, and also because we were interested in swinging with a couple, allie yoder and josh peer


December 2011

Our marriage contract states that we both mutually own all assets. resolving the issue over whether we both have the license to the intellectual property.

Appendix Page 37

December 2013

She tries to blackmail me into her divorce degree while under restraining order, by trying to interfere with my tenant landlord relationships.

https://drive.google.com/file/d/1EWcjQKqgecTxxhX6YgFhxjRpOdOVe39dPK4kpQ2jfI1YKYgMc_83iLh8G4YTfIkyhkqBbMK9bgHsgEX_/view?usp=sharing

im more than willing to help you out if you help me out. otherwise, i am doing whats right and whats true, which will ruin your case with sam and even with colleen and brian.


June 2014

I give her the location of all the files we had made together, while were patching things up,

https://drive.google.com/file/d/1GB008Ls9TYuhPbdeJ8ApF8PhuR6NeshJQ_0SNMSyZNgSu0GZ8EoyCmiNb4XQ3bqf7I9Q4yQKoY1XvP97/view?usp=sharing

August 2014

She tries to blackmail me unless I sign her divorce degree again while she is under restraining order.

https://drive.google.com/file/d/0B_tTyqf1SRvVeWN1dXpCQlZyUjg/view?usp=sharing

"anyway, if you arent signing the papers and showing you want to help jme out, i will be giving any statement necessary that is truthful"

"as well as getting a lawyer and going after you for fraud"

January 2015

I get harassed with naked photos of myself on that website forum.

"https://8chan.co/gamergate/res/169335.html (where he is getting porn'd)"

http://marker.to/ck4P0q

Febuary 2015

http://marker.to/StfVwS

Meagan remarks that I'm pursing legal actions against her regarding the marriage contract that we had being violated, and mentioned

He's threatening legal action against me because I am divorcing him. He's basically treated me at least as bad as he's treating the op game it forward folks.


March 2015

I file complaints regarding her living with her therapist, and am fighting her in the court case.

May 2015

at this point I have been followed around the internet and social media with false accuasations for months now with multiple accounts

http://archive.is/sCP3q

@beardmosexual -- May 19th

I can not-even start to wrap my head around how you can Conclude That Somehow my first talking to your **EX** -wife Caused someone to be harassed

Appendix Page 37

You have a history of domestic abuse, and Attempted theft. Anything you-have to say on the matter is moot Given That **FACT.**

I get harassed with nude pictures by her friend in the "op game it forward" group mentioned above.

@beardmosexual to Robin Gething - July 10th

"oh you mean like how you planned to silence endomorphosis with files you found while digging into his personal life on a personal vendetta"

"ever since you called me into that goddamn hangout, I've had to deal with it"


"you have made me an accessory to your fucking crime, and im not going to rest until you admit it"

"thats why I told endo everything, how you got to the files, what you spread, and how many people you showed, what you were planning to use it for, all of it"

"He (admittedly very easily) got into personal files on someones website. ones that would ruin someone's personal life"

""I've been civil" Says the man holding someone's personal life in jeopardy with info he dug up and spread."

https://drive.google.com/file/d/0B_tTyqf1SRvVUDhvTXZyU3A1Qjg/view?usp=sharing

https://drive.google.com/file/d/10FZlix5ggZBXv-9oMIJy5gKfOKPSmt5QhdKHTN0AfPVeDNGLpf089sRnMMils2OddMGrrk0e1a
xm636w/view?usp=sharing

http://archive.is/Ybykm

@rsolgtp == her friend robin gething

https://drive.google.com/file/d/12FHt65G7bXPTA3HfPWn3CVPLAAO5Xeh4GS9MkWIRu48koJi8BJT4YW4Ine8
nEPt8BaV2Lq89bAWHxu0N/view?usp=sharing

https://drive.google.com/file/d/0B_tTyqf1SRvVZWVyMEJJWWM0T1U/view?usp=sharing

(one of many examples of their google hangout calls)

https://drive.google.com/file/d/117tmmpDn-ftVcYC6HqIZXM0D9yiQPHpniD5-MR1fAnhg7kR5RHmx41h5x9Hr_
BmFRu7Z9W1zfJavgq-Y/view?usp=sharing

The very next day after I'm told she frantically calls me, and claims she had nothing to do with it, and she wants to get back together with me, and we talk about the multitudes of false rape claims and blackmail attempts with the porn.

https://drive.google.com/file/d/15neLBgVR79n7KzbvuOszCHi7awbVHgYnBnuBhfD-v1lo3ZklP_sMFqgY4fgSX4-mt_
TbFzhR22Qgatdq/view?usp=sharing

Me: What you did was unnecessarily negative. im sure you're also aware your friends were trying to doxx our pornography to the world as well right? 4:25 PM

Meagan Vance: I got some twitter message about porn 4:26 PM

Meagan Vance: My obligations are not a contract, which is fortunate and unfortunate. I love you and everyone else still bores me. 5:17 PM

Me: If you love me, then come back 5:17 PM          Appendix Page 38

Meagan Vance: I'd rather be in a better place between us,come back 5:18 PM

Me: Your obligations were actually in a contract, and thanks to SCOTUS its a "natural right" that cant be infringed upon by the state. *thanks SCOTUS* 5:18 PM

Appendix Page 39

On Sat, Jul 2, 2016 at 2:03 PM, benjamin barber <starworks5@gmail.com> wrote:

I know that you're busy, but I have had the same problem from her, specifically being blackmailed with the same images, because I was trying to appeal the court decision in our divorce.

January 2011

We had these because we were doing long distance relationship originally, and also because we were interested in swinging with a couple.

December 2011

Our marraige contract states that we both mutually own all property. resolving the issue over whether we both have the license to the intellectual property.

December 2013

She tries to blackmail me into her divorce degree

https://drive.google.com/file/d/1EWcjQKqgecTxxhX6YgFhxjRpOdOVe39dPK4kpQ2jfI1YKYgMc_
83iLh8G4YTfIkyhkqBbMK9bgHsgEX_/view?usp=sharing

June 2014

I give her the location of all the files we had.

August 2014

She tries to blackmail me unless I sign her divorce degree

https://drive.google.com/file/d/0B_tTyqf1SRvVeWN1dXpCQlZyUjg/view?usp=sharing

T. Duenas – ReD                                    353

1    websites that had been listed to you, did you find

2    that the posts were associated with a particular user

3    name?

4         A    Yes.

5         Q    What was the user name?

6         A    BarberB.

7         Q    And was that the same user name that he

8    later admitted to you he had posted the videos on?

9         A    Yes.

10        Q    You were asked a couple of times about

11   whether or not you recorded your interviews with the

12   defendant.  Is it common practice, in your

13   experience, to record every interview that you do?

14        A    It is not.

15        Q    And -- and why not?

16        A    First of all, we are not issued recorders,

17   so we have to make a special effort to even get one.

18   I don't carry one around.

19             I'm not issued one.  I have access to some

20   at certain precincts and I can utilize those.  But I

21   actually have to make that special effort to -- to

22   get -- get that orchestrated.

23        Q    Okay.  And in this case, when you met with

24   the defendant, he was -- he -- he turned himself in.

25   He voluntarily met you, right?

```
 1    counsel brings up in argument and in their briefing

 2    to show that this is a narrowly-tailored situation.

 3              The celebrity sex tape or Anthony Weiner

 4    argument, that if you put it out there, it's your own

 5    fault if it gets disseminated further.  Okay.  So to

 6    begin, the celebrity sex tape and the Anthony Weiner

 7    analysis kind of fails at the outset because we're

 8    talking about celebrities and public figures.

 9              So the portion of the Unlawful

10    Dissemination statute requiring that it's reasonable

11    that a person be truly harmed by this conduct could

12    fail in those situations.

13              Is it reasonable that a person who is

14    always in the public eye and constantly being

15    scrutinized and is used to every stone being

16    overturned about their private life, is it reasonable

17    for that person to feel harm from this type of

18    conduct?

19              Additionally, defense counsel makes some

20    interesting arguments that, more or less from the

21    State's perspective, amount to little more than

22    victim blaming for this type of situation.

23              If -- to say that if a person gives an

24    image to somebody, that they give up any right to be

25    offended for disseminating that image further is
```

1

2      The defendant is supposed to turn himself in by 7:00pm today to begin his sentence; however,

3   due to his behavior the state has concerns that he may fail to do so. The state therefore requests that

4   the court immediately issue a warrant and schedule a hearing for the defendant to show cause why his

5   probation should not be revoked. Additionally, the state requests that the parties also revisit the

6   defendant's probation conditions, altering and/or adding stricter limitations to the conditions

7   regarding his internet and computer use. Finally, the state requests that this motion and all related

8   hearings be heard before Judge Roberts, who imposed and discussed the terms of defendant's

9   sentence only yesterday, and has extensive knowledge regarding the issues and facts of this case.

10

11                                          Marie E Atwood

12                                          Oregon State Bar #132976
                                            Deputy District Attorney

13

14   SUBSCRIBED AND SWORN to before me this 2nd day of Dec, 2016

15

16                                          Notary Public for Oregon

17   OFFICIAL STAMP
     ANN M TRACEWELL
     NOTARY PUBLIC - OREGON
18   COMMISSION NO. 951227
     MY COMMISSION EXPIRES JUNE 26, 2020

19

20

21

22

23

Page 4 –AFFIDAVIT IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT'S PROBATION SHALL NOT BE
        REVOKED

Email from H...   x   |   'Revenge porn' videos lead to...   x   |   First conviction under Oregon...   x

nlive.com/hillsboro/index.ssf/2016/12/revenge_porn_videos_lead_to_6-.html#incart_river_index

**Ziggy Ratfield**

Is that the same Benjamin Barber who used to be a prolific commenter on O-Live?

🏳 Flag   Share

3 hours ago

2   Like   Reply

**Westuritto**

@Ziggy Ratfield Yeah, and ran for office–he would really fit in with the loonies, huh?

3 hours ago

https://ballotpedia.org/Benjamin_Jay_Barber

🏳 Flag   Share

2   Like   Reply

**Benjamin_Barber_274**

@Ziggy Ratfield The judge refused to hear motions to acquit, and had evidence stricken, which are valid defenses to the charge, namely that my ex wife herself distributed them online to blackmail me, and that they were produced for a commercial purpose.

The details are in reddit

http://archive.is/McZbs

🏳 Flag   Share

1   Like   Reply

**RogherNissen**

3 hours ago

1    well being.

2                        And the line of cases that defense

3    counsel points out, RAV and Buss v. Barry, are

4    completely -- I guess, miss the point.  They're off

5    base for a couple of reasons.

6                        So the last thing that I would like to

7    bring up, once we're past the strict scrutiny

8    argument, which, again, the State does not think

9    applies in this case, is the State's position, which

10   is that this is an O'Brien analysis.

11                       O'Brien involves a line of cases where a

12   statute or an ordinance or a civil provision

13   prohibits a certain type of expression, mostly based

14   on the particular type of -- sorry -- content in the

15   expression.

16                       But, in those cases, the statutes were

17   aimed ar proscribing some secondary harm.  The cases

18   that the State mentions in our briefing and a couple

19   of others include Renton, Erie v. Pap's, Ward, Clark

20   v. Community for Creative Nonviolence.

21                       These all involve that exact type of

22   secondary harm that we're trying to prevent with the

23   Unlawful Dissemination statute.  So to get into the

24   O'Brien analysis, I want to start by talking about

25   O'Brien itself.

M. Vance - X                                   270

1    know, I'd love to try."  So we got a response the

2    night before I was leaving from the couple.  And

3    it -- it didn't pan out because the time sensitivity.

4    So we had talked about it; it never came to fruition.

5         Q    So to clarify a few points, you were aware

6    these postings were being made?

7         A    I was aware that there was some sort

8    of posting made or some way that the couple could

9    contact us.

10        Q    And you were in agreement with that?

11        A    Yes.

12        Q    Sounded like a good plan?

13        A    I was nervous about it, but I was kind of

14   at the point in my life where, you know what?  I'm

15   going to be very open minded.  And, you know, why not

16   try?  I didn't know what was in the posting.  I don't

17   remember how the contact was made, but there was

18   definitely a couple that had responded.

19        Q    And you, as part of this, did have contact

20   with another side of that couple, right?

21        A    Yeah.  When I had gone back to Ohio, I had

22   talked to the male of that couple.

23        Q    So there was discussions going on in your

24   relationship about having these threesomes,

25   foursomes, what have you?

INVASION OF PERSONAL
PRIVACY

Appendix Page 46.

## Washington County Sheriff's Office
### DISTRICT ATTORNEY RELEASE

**CASE NUMBER**
**GO 50 2016-161740492**

| NARRATIVE | |
|---|---|
| **AUTHOR**<br>DUENAS, TOM (31390) | **DATE/TIME**<br>06/25/2016 1030 |
| **SUBJECT**<br>VANCE MEAGAN ALYSSA | |

```
MENTIONED:
Sgt. Sluman          WCSO
Cpl. Schmid          WCSO
Dep. Williams        WCSO
DDA  Atwood          Washington CO.
```

SUMMARY:
Meagan Vance reported that her ex-husband uploaded videos of her on several porn web sites. She believes this is "Revenge Porn", or unlawful dissemination of an intimate image.

NARRATIVE:
On 06-22-16 at approximately 11:25am I was dispatched to an harassment call at ▮▮▮▮▮▮▮▮ The caller, Meagan Vance, mentioned "Revenge Porn" to the call taker and requested a phone call. I was able to contact Meagan by phone. She told me that her ex-husband, Benjamin Barber, posted videos of her in several Website.

She found the videos on Redtube, PornTube, TNAFlix, EmpFlix, PornHub, Porn.com, everysextube.com, and Xhampster.com. The accounts or "handle" that are associated with uploading the videos are barberb or endomorphsis. She said that Ben has been using those handles for years. She told me that he had his own Website but it was taken down earlier this year.

Meagan said that she is a teacher at West Sylvan middle school and that the videos can impact her career. She believed that he did this, to ruin her career, because he was angry that she did not help him when he was homeless. This was Meagan's first year of teaching.

There were four videos were made in 2011. They were married in December 2012. She told me that she left him in October 2013 and they were divorce in April 2015.

Meagan has received a few FACEBOOK messages and texts from Benjamin since then. There were no threats on them but on 05-30-16 he send an email about how he loved her and that he also had "contempt" her and was upset. There is another email on 06-19-16 where he is just telling her about how lonely his his.

Meagan said she started to search the Internet, a few weeks ago, as she was curious. She told me that Benjamin had made a threat in January to ruin her life. She found videos of her and Benjamin on Xhampster.com. She consulted an attorney and contacted the site. The videos were taken off. On 06-21-16 and found the videos on another site on 06-21-16. According to Meagan the

**(345218) 0002**

INVASION OF PERSONAL
PRIVACY

Appendix Page 47.

# Washington County Sheriff's Office
## DISTRICT ATTORNEY RELEASE

**CASE NUMBER**
**GO 50 2016-161740492**

videos were uploaded in April and Ben used his handle when he uploaded them.

I then spoke with DDA Atwood since this is a fairly new law. I wanted to make sure that I had an understanding of this law, Unlawful dissemination of an intimate image.

I obtained a DMV photo of Meagan as I didn't know what she looked like. I then got together with Deputy Pat Williams to view the sites. I received permission from Sergeant Sluman to view these sites on my county computer. We were able to down load videos from PornTube. The photo and the woman in the video looked like the same person. We were able to view videos on TNAFlix but could not down load them. They were the same videos that were on PornTube. We were able to screen shot the videos on the sites of Porn.com, everysextube.com, pornhub, and porntv. All the screen shots showed the videos that had Meagan in them. The account for the videos, on Porn.com, was barberb.

On 06-24-16 we tried to set up a phone call between Meagan and Benjamin. Benjamin didn't answer his phone. We tried to text him. Benjamin answered the text to say he wanted to communicate via email but did not answer any of the text questions. We tried to the contact Benjamin over the phone, on 06-25-16, but Benjamin didn't answer the phone.

I confirmed with Meagan that she told Benjamin not to post the videos. She said that they did agree back in 2011 that the videos would not be posted.

I then tried to contact Benjamin at ████████████████████  I find this address in the databases available to me. I was not able to locate him. I also called his phone number three times, leaving messages, to call me back. He has not done so at the time of this report.

The videos and screen shots will be placed into evidence.

ACTION RECOMMENDED:

Cleared Pending- contact with suspect

**(345218) 0003**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

STATE OF OREGON

                            Plaintiff,

                  vs.

BENJAMIN JAY BARBER

                       Defendant,

Case No. 16CR46339

**Memorandum in Support of Motion to Acquit. And Notice of Removal to Federal Court**

The Defendant had on November 1st filed in the Federal District court, filing a civil suit against the State of Oregon, alleging that the State of Oregon had violated its 1st amendment rights and its copyrights granted under federal law, and the statue that it had charged the defendant with was completely preempted under federal law. The defendant did request a temporary restraining order, a preliminary injunction, and a stay of the state prosecution, and copies of these complaints have been served to the Oregon State Attorney Generals office, the federal case number for the complaints are 3:2016-CV-0215 and are included along with this motion.  The defendant moves for the court to acquit for a failure of to find a cause of action, because the law under which the defendant is being charged, cannot be applied to the defendant who is the copyright holder. The copyright holder is granted exclusive rights as the copyright holder to "consent to the disclosure" under this statue, the state cannot grant the rights to "consent to the disclosure" to any other person other than the copyright holder, as it is explicitly prohibited from doing so under federal copyright law. 17 U.S.C. § 301 preempts the states from passing laws granting equivalent rights to those granted under copyright, 17 U.S.C. § 201(e) prevents the state from transferring rights granted to copyright to others, 17 U.S.C. § 511 prohibits the state from infringing on his exclusive rights and waives its sovereign immunity from suit. In order to prosecute under this statue, the state must grant or transfer to a non copyright holder, a right of consent to disclosure which does not exist  under copyright.

Dated: November 8, 2016                          /s/_____

                                                   Benjamin Barber

Motion to Acquit. And Notice of Removal to Federal Court 1

Appendix Page 49
Electronic Copyright Office (eCO)

11/30/2016



**Case Summary:**

| Case #: 1-4108648971 | Type of Case: Work of the Visual Arts | Opened: 10/25/2016 |
|---|---|---|
| Title: albino porn | | Contact Name: benjamin barber |
| Fee Due: 55.00 | Service Fee Paid: 55.00 | Claim Status: Pending |

### Submit Your Work(s)

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s): Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):**

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

### Upload Your Work(s)

1 - 1 of 1



| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| Case #: 1-4108648971<br>Title: albino porn<br>Volume:<br>Number:<br>Issue Date:<br>Type of Work: Work of the Visual Arts | Claim submission completed; no further action required<br>Click here for more information<br>View Uploaded File Names | |

### Updates

1 - 1 of 1

| Comments | Activity Type | Status | Created |
|---|---|---|---|
| Submitted by BARBERB on 10/25/2016 | Upload Deposit | Received | 10/25/2016 10:50:02 AM |

(2) Send Your Work(s) by Mail:

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.

- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.

- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip.Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached**.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

### Send Your Work(s) by Mail



No Records

| Attachment Name | File Type | Size | Date and Time | Comments |
|---|---|---|---|---|

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Appendix Page 50

In the Circuit Court of oregon for washington County

Benjamin Barber                    Case no 18CV14984
Jay Leatherwood

VS                                         Petition for Post Conviction
Pat Garrett                              Relief ORS 138.510

Comes now the above named petitioners, and
they petition this Court for Post Conviction relief
Pursuant to ORS 138.510-138.680 and alleges
1
Petitioners are imprisoned in the washington
County Jail, 215 sw adams, Hillsboro, OR 97124
and are unlawfully Confined and restrained of
liberty by the above named defendant.
2
Petitioner's imprison ment is by virtue of a
judgement and sentence imposed by the washington
County circuit Court in the Cases as follows
(i) The State of oregon vs Benjamin Jay Barber
Case no 16CR46339 on november 9th 2016
(ii) The State of oregon vs Jay David Leatherwood
Case no 16 CR 50631 on october 26th 2016
The Sentencing judges were:
(i) Judge Roberts
(ii) Judge Erwin
who sentenced the petitioners to a period of
(i) 3 years
(ii) 6 months                Appendix Page 50
                                      Page 1